**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re     )
      **Alberto Gonzalez**     )
    )
    )    Case No.
    )
    )
               Debtor(s).     )

## VERIFICATION OF MASTER ADDRESS LIST

     I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

     [ ]      on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

     [ ]      typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions **not** prepared by an attorney or bankruptcy petition preparer]*

**OR**

     [ **X** ]      electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __22__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

     I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

     I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:     May 20, 2013                                  /s/ Alberto Gonzalez
                                                                            Debtor's Signature

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

Alberto Gonzalez

American Home Mortgage Assets LLC
1761 E St Andrews Place
Att: Trust Administration-AH07A2
Santa Ana, CA 92705

American Home Mortgage Investment Corp
1761 E St Andrews Place
Att: Trust Administration-AH07A2
Santa Ana, CA 92705

American Home Mortgage Trust 2007-1
4600 Regent Blvd
Irving, TX 75063

American Home Mortgage Trust 2007-2
1761 E St Andrews Place
Att: Trust Administration-AH07A2
Santa Ana, CA 92705

Anthem Blue Cross
P O Box 9069
Oxnard, CA 93031

Chase
P O BOX 15298
Att: Kathrine Herriot
Wilmington, DE 19850

Chrevon
P O Box 965015
Orlando, FL 32896

Deutsche Bank National Trust Company
300 South Grand Ave
41st Floor
Los Angeles, CA 90071

Discover Financial Services
502 E Market Street
Greenwood, DE 19950

First City Servicing Corp
P O Box 8216
Waco, TX 76714-8216

Franchise Tax Board
3321 Power Inn Road # 250
Sacramento, CA 95826

Gary A Bemis 92508
4301 Second Wind Way Suite 110
P O Box 3410
Paso Robles, CA 93447-3410

Greater California Financial Services
P O Box 3470
Paso Robles, CA 93447

IRS
Internal Revenue Service
Fresno, CA 93888

Ocwen Loan Servicing LLC
1661 Worthington Road
West Palm Beach, FL 33409-6488

Palo Alto Medical Foundation
El Camino Real
Palo Alto, CA

PG&E
P O Box 997340
Sacramento, CA 95899-7340

San Francisco City Property Tax
P O Box 7426
San Francisco, CA 94102

San Francisco Tax Assessor
1 Dr. Carlton B Goodlet Place
San Francisco, CA 94102

San Francisco Water Power Sewer
525 Golden Gate Ave
San Francisco, CA 94102

Verizon
2 Verizon Place
Alpharetta, GA 30004

Wamco 32 LTD LLC
1425 River Park Drive Suite 540
P O Box 13807
Sacramento, CA 95815