Gilbert E. Maines, Esq.
CBN 48286
1320 Crooked Mile Court.
Placerville, CA 95667
Phone: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

[Proposed] Attorney for Debtor-in-Possession
Alberto Gonzales

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 2013-27008 |
| | ) |
| Alberto Gonzales, | ) GEM-001 |
| | ) |
| Debtor-in-Possession | ) |
| | ) |
| | ) |
| | ) Judge: Hon. Thomas C. Holman |

TO THE HONORABLE JUDGE THOMAS C. HOLMAN, UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:

    1.    Debtor, Alberto Gonzales, ("Applicant") hereby submits this Application ("the Application") to Employ the Law Office of Gilbert E. Maines ("Attorneys") as his attorneys effective as of May 23, 2013, to perform certain duties in this case.

    2.    On May 23, 2013, Applicant filed a voluntary petition in the U.S. Bankruptcy Court for the Eastern District of California for a Chapter 11 bankruptcy.

    3.    The Debtor is the Debtor in Possession and manages his financial affairs pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

    4.    Applicant desires to employ Attorney as counsel under 11 U.S.C. §327 in this case and to

compensate Attorneys under 11 U.S.C. §328 pursuant to the terms and conditions contained in the agreement ("Fee Agreement") attached as Exhibit A to the supporting Declaration of Gilbert E. Maines.

5. Applicant believes that Gilbert E. Maines is well qualified to represent him as debtor in possession in this proceeding:

6. The professional services Gilbert E. Maines is to render include:

   a. to give Debtors legal advice with respect to his powers and duties as debtor in possession in continued operation of his management of his properties;

   b. to prepare on behalf of applicant as debtor in possession necessary applications, answers, orders, reports and other legal papers;

   c. to perform all other legal services for Debtor as debtor in possession which may be necessary herein;

   d. attend and represent debtor at the initial letters, interview; 341 meeting of creditors and any and all other meetings, hearings, and proceedings requiring appearance before either the court or with the US Trustee.

7. To the best of debtor's knowledge, Gilbert E. Maines has no connection with the creditors, or any other party in interest, the Office of the United States Trustee, or their respective attorneys and/or accountants.

8. The terms of employment of the Law Office of Gilbert E. Maines agreed to by the debtor-in-possession, subject to the approval of the Court, are that Gilbert E. Maines will undertake this representation for a flat fee, which following payment of $5,000.00 for pre-petition analysis, consultation, preparation, will be a flat (capped) fee of an additional $20,000.00 for representation in this case. The attorney will make periodic applications for interim compensation (not to exceed $10,000.00 in aggregate sum), and if, at the completion of the case the results merit it, the attorney may make application to the Court for the allowance of a premium above the foregoing.

9. Gilbert E. Maines represents no interest adverse to Debtors as debtors-in-possession of the estate in the matters upon which he is to be engaged for the debtors-in-possession, and his employment would be to the best interest of this estate.

**WHEREFORE**, Debtor prays that his employment of Gilbert E. Maines under the terms speci-

1  fied to represent him as debtor-in-possession in this case under Chapter 11 of the Bankruptcy Code be
2  approved by the Court, and for such other and further relief as is just.
3
4  Dated: Monday, May 27, 2013            /s/ Alberto Gonzales _____
                                          Alberto Gonzales, Debtor-in-Possession
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28