Gilbert E. Maines, Esq.
CBN 48286
1320 Crooked Mile Court.
Placerville, CA 95667
Phone: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

[Proposed] Attorney for Debtor-in-Possession
Alberto Gonzales

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Alberto Gonzales,<br><br>　　　　Debtor-in-Possession | ) Case No.: 2013-27008<br>)<br>) GEM-001<br>)<br>)<br>)<br>)<br>) Judge: Hon. Thomas C. Holman |

## DECLARATION OF PROPOSED ATTORNEY

I, Gilbert E. Maines, the proposed attorney for the above-captioned debtor, declare:

1. I have personal knowledge of the facts set forth herein and if called to testify, would, and could competently testify thereto.

2. I am an attorney and counselor at law, duly admitted to practice in the State of California and in this Court.

3. The Debtor in this bankruptcy case has requested that I represent them and perform certain duties in this case.

4. The Debtor and the firm have entered into a fee agreement subject to court approval, which is attached hereto as **Exhibit A**.

5. The firm and its employees have no connection with Alberto Gonzales, the above named debtor, their creditors, or any other party in interest herein, their respective attorneys or ac-

countants, the United States Trustee, or any person employed in the office of the United States Trustee, except that the firm represents the debtor in this proceeding and represents other debtors in unrelated proceedings.

6. The firm represents no interest adverse to Alberto Gonzales, debtor-in-possession herein, or his estate in the matters upon which they are to be engaged.

7. At all times from the time Alberto Gonzales, as debtor-in-possession herein, filed their petition through the present, the firm is owed no fees or other monies by and holds no claim(s) against Alberto Gonzales, as debtor-in-possession herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Monday, May 27, 2013, at Placerville, California.

        /s/ Gilbert E. Maines  
Gilbert E. Maines  
[Proposed]Attorney for Debtor-in-Possession



Thursday, April 11, 2013

Alberto Gonzalez
P.O. Box 1221
Nevada City, CA 95959

Re:  **Conference of Monday, March 25, 2013**
Matter:     **Chapter 11 Proceeding**

Dear. Mr. Gonzalez:

This letter will confirm the substance of the discussion held on **Monday, March 25, 2013**, concerning the pending foreclosure of your existing Nevada City property and other financial matters including income property located in San Francisco, CA.

An engagement letter is required by the Business & Professions Code except under certain circumstances where there has been a history of representation of a party by a particular attorney. Even if it were not required by the code I prefer to send an engagement letter to prevent, to the extent possible, any misunderstanding regarding the nature, scope and charges for my services. This shall serve as an engagement letter and I have included a copy of the final page to be executed by you and returned to this office.

You have informed me that the Nevada City property has received a Notice of Default, but you have not yet received a notice of sale. The San Francisco property is not in foreclosure. You also informed me that they have assured you that all foreclosure activity would be halted, so long as you were applying for a loan modification.

During our discussions we discussed the availability of certain potential remedies which would include chapter 7 bankruptcy or chapter 11 bankruptcy. After discussion you have elected to move forward with a chapter 11.

There is no way that I can guarantee the ultimate success or outcome of any particular process.

You have asked that this office represent your interests in dealing with this matter and the various claims which may ultimately be involved.

This letter will set forth the terms and conditions under which we agree to represent you in connection with this matter.

1.  **Services to be rendered by us:** My law office will render the following legal services on your behalf:

Perform all services which we deem necessary to advise you and to represent you in the resolution of your current situation.

The services shall include the review of all necessary documents; preparation of all necessary correspondence; filing of all necessary pleadings, motions or other documents within the appropriate times; preparation and submission of an appropriate plan of reorganization, attending all hearings at which an appearance is required including your first interview and the first meeting of creditors; gathering evidence on your behalf and advising you relative to the possible interpretations and consequences of the evidence gathered; advising you regarding the relevant law; and conducting any hearings if necessary.

No other legal services are covered by this agreement. We make no promise or guarantee regarding the outcome of the matter upon which we are to represent you.

We reserve complete discretion as to assigning your work to any attorneys or paralegals associated with the firm. We will endeavor to keep your legal expenses down by utilizing paralegals to handle tasks appropriate to their skills.

**2. Fees to be paid by you:** This filing will be done on a flat rate of $20,000.00 plus an additional $5,000.00 for each additional property included within the Chapter 11 filing and plan. This fee does not and will not include any fees necessary should it become necessary to initiate or defend an adversary proceeding filed by any debtor. My hourly rate for such activity is $350.00 per hour. You have agreed to pay an initial deposit of $6,000.00, with the return of this properly acknowledged engagement letter. The initial deposit will cover all work through filing of the voluntary petition with all appropriate schedules and filing of "first day motions" of Application for Employment of Counsel and Motions to Value of each of the involved properties. It is also anticipated that the "initial debtor's interview" conducted by a member of the office of the United States trustee will be held prior to any hearing on the motion for employment or motions for value. The initial retainer will also include my attendance at that hearing as well as my attendance at the first meeting of creditors, which will also likely be held prior to the hearing on the first-day motions and any attendant costs associated with those hearings.

As has been explained to you, no fees or expenses can be paid once the petition is filed without prior court approval. This office, following approval of the motion to be employed, will

make periodic applications for interim compensation that is consistent with the foregoing (e.g. will not exceed $25,000.00 in sum total aggregate of all such applications for compensation), and if, at the completion of the case the results merit it, we may make application to the court for the allowance of a premium above the foregoing. In addition we will seek court approval for reimbursement of certain costs as set forth below.

**3. Costs and expenses to be paid by you:** You authorize us to incur on your behalf whatever costs and expenses are reasonably required in connection with the services to be rendered by us under this agreement. Without limitation, this may include any or all of the following:

- Court filing fees: currently the court filing fee for filing of Chapter 11 is $1,213.00.

  These fees are in addition to any hourly fees.

- Process serving fees, if necessary, although none are anticipated at this time

- Fees to experts for consultation and/or appearance at deposition or trial, if necessary, although none are anticipated at this time

- Fees to court reporters for taking deposition or copies of transcripts, if necessary, although none are anticipated at this time

- message and mail expenses[1]

You can further anticipate the payment of trustees fees, which are based on the amount of disbursements to creditors under any approved plan. The current schedule of trustee's fees is as follows:

| Disbursement Range | Quarterly Fees |
|---|---|
| $0 dollars to $14,999.99 | $325. |
| $15,000-$74,999.99 | $650 |
| $75,000-$149,999.99 | $975 |

The trustees fees schedule continues to increase up to a maximum of $30,000 per quarter if there is more than $30,000,000.00 in disbursements. Based on our discussions. It is unlikely that your trustees fees will ever exceed the second level in this case.

**4. Billings:** We shall bill you for any services in addition to the flat fee referenced above and for any costs and expense advanced on your behalf monthly if, for example, adversary proceedings are instituted either against you or on your behalf. You shall also have the right to

---

[1] These expenses are generally limited to the cost incurred in the preparation and mailing of the disclosure statement required to be sent to each creditor prior to the proposal of a plan of reorganization as well. As the cost of preparation and mailing of the proposed plan itself. It is impossible to determine the extent of those costs at this time.

Case 13-27008   Filed 05/29/13   Doc 8

Alberto Gonzalez
Re: Chapter 11 Proceeding
April 11, 2013
Page -4-

---

request a current bill at any time covering our fees and costs to date; and we agree to provide same within 10 days of your request.

You agree to notify us promptly, and in writing, if you dispute any entry on such billing; and that if you fail to do so within 30 days after receipt thereof, all such entries shall be acknowledged as correct, as between us.

**5. Delay in payment as excusing services:** Should additional services be required they will not be provided until such time as an additional agreement is reached regarding payment of any fees for those services. I do not foresee any such services being required at this time.

**6. Termination of agreement:** Either of us shall have the right to terminate this agreement at any time upon notification in writing to the other. Upon such termination, you shall remain responsible for any unpaid billings for services rendered or costs advanced by us. You agree to execute, upon request, a stipulation in such form as to permit us to withdraw as your attorneys of record in any legal action then pending.-

**7. Action to enforce payment:** In the event it is necessary for our law firm to file legal action or engage in arbitration to enforce this Agreement, the prevailing party in such action shall be entitled to recover all costs and expenses incurred in connection with such legal action, including reasonable attorneys' fees and court costs.

**8. Arbitration of disputes:** If any disputes arise between you and our firm regarding our services or our billings or any other matter relating to the above-referenced transaction, you, as the client have an absolute right under the California rules of professional conduct to have such matters submitted to nonbinding arbitration. While I may request arbitration you are not required to submit to that procedure. Fee disputes shall be arbitrated according to guidelines and standards adopted by the State Bar of California, if any, then in effect. Any other dispute shall be arbitrated according to the arbitration rules of the El Dorado County Bar Association, if any, then in effect; and if there are no such rules in effect, then in accordance with the rules of the American Arbitration Association.

Please contact the undersigned if you have any questions regarding any matter stated above. If you find everything in order, kindly sign and return the original to us by return mail with the balance of the retainer amount as well as the stated court filing fees.

Very cordially,

G. E. Maines, Esq.

Alberto Gonzalez
Re: Chapter 11 Proceeding
April 11, 2013
Page -5-

---

**I HEREBY APPROVE AND AGREE** to each of the terms and conditions set forth above, and acknowledge receipt of a copy of this letter agreement.

Dated: 4/16/13

_____
**ALBERTO GONZALEZ**