| | |
|---|---|
| 1 | Gilbert E. Maines, Esq. |
| 2 | CBN 48286<br>1320 Crooked Mile Court. |
| 3 | Placerville, CA 95667<br>Phone: 530-626-3562 |
| 4 | Fax: 530-626-3562<br>E-mail: gem@maineslaw.com |
| 5 | [Proposed] Attorney for Debtor-in-Possession |
| 6 | Alberto Gonzales |

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                             ) Case No.: 2013-27008
                                                   )
Alberto Gonzales,                                  ) GEM-001
                                                   )
         Debtor-in-Possession              )
                                                   )
                                                   )
                                                   ) Judge: Hon. Thomas C. Holman

**DECLARATION OF SERVICE**

I, Gilbert E. Maines, declare:

I am an active member of the State bar of California, I am not a party to this action, and my employment address is:

Law Office of Gilbert E. Maines
1320 Crooked Mile Court
Placerville, California 95667

On May 28, 2013, I served:

    1. Application To Employ Law Office Of Gilbert E. Maines

    2. Declaration of Gilbert E. Maines in Support of the Application to Employ

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

1  ☐ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

(^) **CM/ECF**

☒ (BY E-Mail Attachment per Agreement) as follows:

    Office of the United States Trustee, Attn: Judy C. Hotze: Judy.C.Hotze@usdoj.gov

    I, Gilbert E. Maines , declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: Tuesday, May 28, 2013

                                          By:/s/ Gilbert E. Maines_____
                                                Gilbert E. Maines, Declarant