1  GILBERT MAINES, Esq. (SBN #48286)
   LAW OFFICE OF Gilbert Maines
2  1320 Crooked Mile Court
   Placerville, CA 95667
3  Ph.: 530-626-3562
   Fax: 530-626-3562
4  E-mail: gem@maineslaw.com
   [Proposed] Attorney for Debtor-in-possession Alberto Gonzalez
5

6

7

8  **UNITED STATES BANKRUPTCY COURT**

   **IN THE EASTERN DISTRICT OF CALIFORNIA**
9
   **SACRAMENTO DIVISION**
10

11                                              )
   In re: ALBERTO GONZALEZ,          ) CASE NO. 2013-27008
12                                             ) DC NO. GEM-002
          Debtor in Possession           )
13                                             ) Chp. 11
                                             )
14                                             ) Date: July 2, 2013
                                             ) Time: 9:32 a.m.
15                                             ) Courtroom:32
                                             ) Judge: Hon. Thomas Holman
16

17      **MOTION TO VALUE COLLATERAL, "STRIP OFF" AND**

18  **MODIFY RIGHTS OF SECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a)**

19              **FOR THE REAL PROPERTY LOCATED AT**

20          **12968 Cement Hill Road Nevada City, CA 95959**

21      Now comes the above-captioned debtor(s) and debtor(s) in possession (collectively, the

22  "Debtor(s)") by and through their undersigned attorney, Gilbert Maines of the firm Law Office

23  of Gilbert Maines, A Professional Corporation and files this motion (the "**Motion**"), pursuant to

24  section 506(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "**Bankrupt-**

25  **cy Code**") and Bankruptcy Rules 3012 and 9014 of the Federal Rules of Bankruptcy Procedure

26  to value collateral securing certain residential loans, bifurcate lenders second Deed of Trust

27  claim as secured and unsecured, and in support of the Motion states:

28      / / /

**FACTUAL BACKGROUND**

1.     On May 23, 2013 the Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The Debtor currently owns the real property located at 12968 Cement Hill Road Nevada City, CA 95959 with APN # 32-640-15-000 (the "Property").  Further the debtor is in equitable possession of the Property.

2.     Debtor utilizes the Property for rental purposes and does not use the Property as his principal residence.  The declaration of Debtor, which describes the rental use of the Property, is incorporated herein by reference.  Debtor acquired the Property in September 12, 2005. The property was built in 1965.

3.     The Property currently has ONE (1) mortgage as identified below. Pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. 506(a)(1), Debtor seeks to bifurcate the Claim of American Home Mortgage Assets Trust 2007-2 ("1st Lender") into secured and unsecured claims.

4.     The Property is encumbered by a first deed of trust in favor of American Home Mortgage Assets Trust 2007-2 (originally American Brokers Conduit), securing repayment of its claim of approximately $ 512,781.00.  To debtors knowledge no Proof of Claim has been filed for this claim.

*Property*

5.     12968 Cement Hill Road Nevada City, CA 95959 with APN # 32-640-15-000 Debtors rental property.

6.     Debtor has utilized the "RealtyTrac.com" database as its basis of the ***true*** value of the subject property that will be imposed and which may affect the estate's other creditors. "RealtyTrac" is the database that is used and relied upon as accurate and is used primarily by FNMA, Freddie Mac and FDIC, the three largest real property owners in the United States. RealtyTrac identifies this property as "foreclosure imminent" due to the current public filings, the nature of the property being valued below the current debt obligation and the imminent characteristic of probable/existing default.

7.     RealtyTrac has identified this properties' value based on the following characteristics that are inherent to the property:

a.    "In April, the number of properties that received a foreclosure filing in was 142% higher than the previous month and 81% higher than the same time last year".

b.    "Home sales for March 2013 were down 11% compared with the previous month, and down 35% compared with a year ago. The median sales price of a non-distressed home was $254,000. The median sales price of a foreclosure home was $225,000, or 11% lower than non-distressed home sales". Authority source: *http://www.realtytrac.com/propertydetails/ca/nevada-city/95959/cement-hill-rd/49708422*

c.    Based on the Debtors' familiarity with the condition of the Property, the Property usage and the general Nevada City, CA real property market, the value of the Property is $ 57,000.00.  The Debtor's valuation of the foreclosure imminent property in average condition is $ 225,000.00.   Debtor's declaration shows $ 168,000.00 in repairs needed on the property. Debtors final valuation for this property is $ 57,000.00 ($ 225,000.00 minus $ 168,000.00 = $ 57,000.00).

8.    The Debtors declaration lists the following repairs needed on the property (not all inclusive):

a.    Roof replacement: $ 34,000.00;

b.    Plumbing replacement $ 26,000.00;

c.    Electrical replacement $21,500.00;

d.    New HVAC system $ 16,000.00;

e.    New Windows $ 14,500.00;

f.    New Flooring and insulation $ 26,000.00;

g.    New decking $30,000.00.

h.    The total for all repairs is a minimum of $ 168,000.00.

9.    This asserted value is based on the opinion of the Debtor. The Declaration of Debtor in support of this valuation is filed concurrently with this Motion and incorporated herein by reference.

10.    At the time of filing the petition, Property was subject to the following liens:

11.    American Home Mortgage Assets Trust 2007-2 ("**1ˢᵗ Lender**"), Acct# xxxxxx9479, (First Deed of Trust) in an estimated amount of $ 512,781.00. The estimated amount owing is based upon the reported amounts on the debtors' credit report and/or representations from the creditor or their agents.

**CONCLUSION**

12.    Bankruptcy law is clear, absent sufficient equity in the Property, the first mortgage lenders claim is only partially secured and thus should be bifurcated into secured and unsecured claims.

13.    The Motion is based on this Motion, Memorandum of Points & Authorities, Notice of Hearing, and the Declaration of Debtor, filed and served herewith, on the schedules and pleadings on file herein and on such matters as may be presented at or before the hearing.

14.    This Motion is for purposes of Plan Confirmation. This Motion seeks to establish the value of collateral, not determine the extent, validity, or priority of a lien. Those issues will be resolved through Plan confirmation.

**WHEREFORE**, Debtor prays that this Court:

Value the Property in accordance with the debtor's declaration;

a.    Bifurcate the claim of 1ˢᵗ Lender (Property) into secured and unsecured claims in the respective amounts of $ 57,000.00 as a secured claim and the remaining amount of approximately $ 455,781.00 as an unsecured claim; and

b.    For such other relief as the Court deems just and proper.

Dated: May 29, 2013


 /s/ Gilbert Maines_____
                Gilbert Maines, ESQ.
                Attorney for Debtor