1  GILBERT MAINES, Esq. (SBN #48286)
   LAW OFFICE OF Gilbert Maines
2  1320 Crooked Mile Court
   Placerville, CA 95667
3  Ph.: 530-626-3562
   Fax: 530-626-3562
4  E-mail: gem@maineslaw.com

5  [Proposed] Attorney for Debtor-in-possession Alberto Gonzalez

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re: ALBERTO GONZALEZ,<br><br>　　　　Debtor in Possession | ) CASE NO. 2013-27008<br>) DC NO. GEM-002<br>)<br>) Chp. 11<br>)<br>) Date: July 2, 2013<br>) Time: 9:32 a.m.<br>) Courtroom: 32<br>) Judge: Hon. Thomas Holman |

### NOTICE OF HEARINGS ON

### MOTION TO VALUE COLLATERAL [12968 Cement Hill Road Nevada City, CA 95959]

**PLEASE TAKE NOTICE** that Debtor-in-possession ALBERTO GONZALEZ (the "**Debtor**") has filed and will bring a Motion to Value Collateral at the place, time, and date specified above. Debtor believes that their motion meets the requirements of 11 U.S.C. §§ 1123(b)(5) for "strip-down" of that portion of the secured claim held by American Home Mortgage Assets Trust 2007-2 ("**Lender**") that exceeds the value given by the homeowner, which is a $ 57,000.00 value of the collateral, namely the real property commonly described as 12968 Cement Hill Road Nevada City, CA 95959 with APN# 32-640-15-000 ("**Property**").

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion shall be conducted on **July 2, 2013 at 9:32 a.m.**, or as soon thereafter as the matter may be heard in **Courtroom 32** of the **Sacramento Division** of the **United States Bankruptcy Court in and for the Eastern District**

1  **of California, located at 501 I Street, Sacramento, CA, before the Honorable Thomas Hol-**
2  **man**, United States Bankruptcy Judge.
3      This Notice is supported by the concurrently served and filed Motion, as well as the Dec-
4  laration of ALBERTO GONZALEZ, and the remainder of the pleadings, files, and record in this
5  case.  It is recommended that you review all pleadings filed in support of the Motion.  All of the-
6  se pleadings may be obtained on-line at http://www.caeb.uscourts.gov/, or from the undersigned
7  upon written request.
8      **Your rights may be affected.  You should read these papers carefully and discuss**
9  **them with your attorney, if you have on in this bankruptcy case.  If you do not have an at-**
10  **torney, you may wish to consult one.**
11      **NOTICE IS FUTHER GIVEN** that if you do not want the Court to grant the Motion, or
12  if you want the Court to consider your views on the Motion, then **you or your attorney must**
13  **file and serve a written objection to the relief requested not less than fourteen (14) calendar**
14  **days before the date set for hearing and appear at the hearing** at the place and time refer-
15  enced in the caption above.  Such written opposition must be filed with the Bankruptcy Court, in
16  accordance with its local rules, that is located at the address below:

17                                U.S. Bankruptcy Court
                                  **501 I Street,**
18                                  **Sacramento, CA**

19      The opposition must also be served on the undersigned:

20                                    Gilbert Maines
                                1320 Crooked Mile Court
21                                  Placerville, CA 95667

22      A failure to file a timely written opposition may result in the motion being resolved with-
23  out oral argument and the striking of untimely written opposition.
24      **NOTICE IS FURTHER GIVEN** that you or your attorney must take all steps refer-
25  enced above and appear at the hearing at the time and place noted above.  If you or your attorney
26  do not take these steps, the Court may decide that you do not oppose the approval of the
27      Motion, remove the matter from the calendar and resolve it, including granting the re-
28  quested relief, without oral argument.

1   The Court permits telephone appearances, and in order to appear by phone you must con-
2   tact Court Call at (888) 882-6878, and you should do so not later than forty-eight hours before
3   the hearing.  Court Call charges a fee for telephone appearances.
4   Not all information regarding the Motion or the above-captioned bankruptcy case is set
5   forth in this notice, and interested parties are advised to review the Court's file.  Further infor-
6   mation is available at the Court's website, http://www.caeb.uscourts.gov/. Copies of the Motion,
7   this notice, the supporting declaration, and other supporting documents may be obtained by con-
8   tacting the undersigned.

Dated: May 29, 2013

RESPECTFULLY SUBMITTED:
**LAW OFFICE OF GILBERT MAINES**

 /s/ Gilbert Maines
GILBERT MAINES, ESQ.
[Proposed] Attorney for Debtor-in-possession