GILBERT MAINES, Esq. (SBN #48286)
LAW OFFICE OF Gilbert Maines
1320 Crooked Mile Court
Placerville, CA 95667
Ph.: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

[Proposed] Attorney for Debtor-in-possession Alberto Gonzalez

## UNITED STATES BANKRUPTCY COURT

## IN THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re: ALBERTO GONZALEZ,<br><br>    Debtor in Possession | ) CASE NO. 2013-27008<br>) DC NO. GEM-002<br>)<br>) Chp. 11<br>)<br>)<br>) Date: July 2, 2013<br>) Time: 9:32 a.m.<br>) Courtroom: 32<br>) Judge: Hon. Holman |

**DECLARATION OF DEBTOR IN SUPPORT OF HIS MOTION TO VALUE PROPERTY LOCATED AT 12968 Cement Hill Road Nevada City, CA 95959**

**STATE OF CALIFORNIA, COUNTY OF NEVADA**

    **ALBERTO GONZALEZ**, the Debtor herein, declares and states the following:

    1.    I am the Debtor in this Chapter 11 proceeding, filed on May 23, 2013, If called, I could competently testify to the facts stated on my own personal knowledge.

    2.    I own the property located at 12968 Cement Hill Road Nevada City, CA 95959 with APN # 32-640-15-000 (the "Property") and I am in equitable possession of the Property.

    3.    The Property is used as rental property and is not my principal residence. My principal residence is 17091 Old Washington Road, Nevada City, CA 95959.

    4.    As a homeowner and landlord, I am of necessity actively engaged, at all times, in

the management of my home and rental properties in Nevada City, California and San Francisco, California, and this includes keeping informed and up to date on all market conditions that affect my home and rental, including typical actual market property values of properties similar to my own, as well as typical rental market rates. I spend a great deal of time with the upkeep of all of my properties.

5. Consequent to my substantial presence in and familiarity with the Nevada City and San Francisco, California areas and their rental income real estate markets, I am familiar with the listings and sales in the market area of properties similar to this Property. As above, I have out of necessity kept up-to-date on the real property market values in the Nevada City and San Francisco, California areas. The value of the property, which is based upon my own knowledge and opinion of the present Nevada City, California real property market and my knowledge of repairs needed on the Subject Property, is $ 57,000.00.

6. It is my opinion that the fair market value of the Property at the present time, as of the date of this declaration, is $ 57,000.00. The foreclosure imminent property is worth $ 225,000.00. This valuation does not take into account actual knowledge of the repairs needed on the Subject Property. The property is older and in need of significant upkeep and repairs which total $ 168,000.00. Subtracting $ 168,000.00 from $ 225,000.00 leaves a final valuation of $ 57,000.00.

7. I have personal knowledge of the following repairs needed for the Subject Property as well as the estimate of repairs. My knowledge of the amounts for each repair come from my personal knowledge of the property and my personal knowledge of the repair costs needed.

    a. Roof replacement: $ 34,000.00;
    b. Plumbing replacement $ 26,000.00;
    c. Electrical replacement $21,500.00;
    d. New HVAC system $ 16,000.00;
    e. New Windows $ 14,500.00;
    f. New Flooring and insulation $ 26,000.00;
    g. New decking $30,000.00.

The total for all repairs is $ 168,000.00.

8. There is a first deed of trust on the Property securing a loan to American Home Mortgage Assets Trust 2007-2. At the time of the filing there was a balance owed on the loan in an estimated amount of $ 512,781.00. American Home Mortgage Assets Trust 2007-2 ("**Lender1**") has made representations that it is the owner of the loan. As of the date of this filing no proof of claim has been filed. I estimated the amounts owed based upon what is reported on my credit report and/or representations of the creditor or their agent.

9. The subject Property has 4 bedrooms and 2 baths and is 1,656 square feet in size with a lot size of approximately 139,392 square feet. The Property was built in 1965.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 29th day of May, 2013

                                             /s/ Alberto Gonzalez_____
                                             Alberto Gonzalez, declarant