1  GILBERT MAINES, Esq. (SBN #48286)
   LAW OFFICE OF Gilbert Maines
2  1320 Crooked Mile Court
   Placerville, CA 95667
3  Ph.: 530-626-3562
   Fax: 530-626-3562
4  E-mail: gem@maineslaw.com

5  [Proposed] Attorney for Debtor-in-possession Alberto Gonzalez

6

7

8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **IN THE EASTERN DISTRICT OF CALIFORNIA**
10
                    **SACRAMENTO DIVISION**
11

12  In re: ALBERTO GONZALEZ,            ) CASE NO. 2013-27008
                                        ) DC NO. GEM-002
13          Debtor in Possession        )
                                        ) Chapter 11
14                                      )
                                        ) Date: July 2, 2013
15                                      ) Time: 9:32 a.m.
                                        ) Courtroom: 32
16                                      ) Judge: Hon. Thomas Holman

17

18                      **CERTIFICATE OF SERVICE**

19      In re Alberto Gonzalez, Case No. 2013-27008

20      I, Gilbert Maines, declare:

21      I am an active member of the State bar of California, I am not a party to this action, and

22  my employment address is:

23                      Law Office of Gilbert Maines
                        1320 Crooked Mile Court
24                      Placerville, CA 95667

25      On May 30, 2013, I served:

26      1. NOTICE OF HEARINGS ON MOTION TO VALUE COLLATERAL [12968 Cement

27  Hill Road Nevada City, CA 95959];

28      2. MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF

1  SECURED CREDITORS PURSUANT TO 11 U.S.C. § 506(a) FOR THE REAL PROPERTY
2  LOCATED AT 12968 Cement Hill Road Nevada City, CA 95959;
3      3.  MEMORANDUM OF POINTS & AUTHORITIES;
4      4.  DECLARATION OF DEBTOR IN SUPPORT OF THEIR MOTION TO VALUE;
5      5.  [PROPOSED] ORDER ON MOTION TO VALUE COLLATERAL;
6  on the parties in this action, by transmitting a true and correct copy of the foregoing document(s)
7  in the following manner:
8  XXX (BY MAIL) I am readily familiar with the business' practice for collection and processing
9  of correspondence for mailing with the United States Postal Service, and that I caused each of
10 the above document(s) to be placed in a sealed envelope, with first class postage thereon fully
11 prepaid, and deposited with the United States Postal Service this same day in the ordinary course
12 of business at my place of employment, addressed as follows:

| American Home Mortgage Trust 2007<br>21761 E St Andrews Place<br>Att: Trust Administration AH07A2<br>Santa Ana, CA 92705 | Ocwen Loan Servicing LLC<br>1661 Worthington Road<br>West Palm Beach, FL 33409-6488 |
|---|---|
| Deutsche Bank National Trust Company<br>300 South Grand Ave<br>41st Floor<br>Los Angeles, CA 90071 | American Home Mortgage Assets LLC<br>1761 E St Andrews Place<br>Att: Trust Administration-AH07A2<br>Santa Ana, CA 92705 |

19 ☒ (BY E-Mail Attachment per Agreement) as follows:
20      Office of the United States Trustee, Attn: Judy C. Hotze: Judy.C.Hotze@usdoj.gov
22      I, Gilbert Maines, declare under penalty of perjury under the laws of the United States of
23 America that the foregoing is true and correct.
24 Dated: Thursday, May 30, 2013

26              By:  /s/Gilbert Maines  _
                Gilbert Maines Declarant