GILBERT MAINES, Esq. (SBN #48286)
LAW OFFICE OF Gilbert Maines
1320 Crooked Mile Court
Placerville, CA 95667
Ph.: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

[Proposed] Attorney for Debtor-in-possession Alberto Gonzalez

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re: ALBERTO GONZALEZ, <br><br>Debtor in Possession | ) CASE NO. 2013-27008 <br> ) DC NO. GEM-003 <br> ) <br> ) Chp. 11 <br> ) <br> ) Date: July 2, 2013 <br> ) Time: 9:32 a.m. <br> ) Courtroom: 32 <br> ) Judge: Hon. Thomas Holman |

### NOTICE OF HEARINGS ON

### **MOTION TO VALUE COLLATERAL [81-83 Pearl Street San Francisco, CA 94103]**

PLEASE TAKE NOTICE that Debtor-in-possession ALBERTO GONZALEZ (the "Debtor") has filed and will bring a Motion to Value Collateral at the place, time, and date specified above. Debtor believes that their motion meets the requirements of 11 U.S.C. §§ 1123(b)(5) for "strip-down" of that portion of the secured claim held by American Home Mortgage Assets Trust 2007-2 ("Lender") that exceeds the value given by the homeowner, which is a $391,000.00 value of the collateral, namely the real property commonly described as 81-83 Pearl Street San Francisco, CA 94103 with APN# 23-3502-054-01 ("Property").

NOTICE IS FURTHER GIVEN that a hearing on the Motion shall be conducted on July 2, 2013 at 9:32 a.m., or as soon thereafter as the matter may be heard in Courtroom <Courtroom> of the Sacramento Division of the United States Bankruptcy Court in and for the Eastern

District of California, located at 501 I Street, Sacramento, CA 95814-2322, before the Honorable Thomas Holman, United States Bankruptcy Judge.

This Notice is supported by the concurrently served and filed Motion, as well as the Declaration of ALBERTO GONZALEZ, and the remainder of the pleadings, files, and record in this case. It is recommended that you review all pleadings filed in support of the Motion. All of these pleadings may be obtained on-line at http://www.caeb.uscourts.gov/, or from the undersigned upon written request.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**NOTICE IS FUTHER GIVEN** that if you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then **you or your attorney must file and serve a written objection to the relief requested not less than fourteen (14) calendar days before the date set for hearing and appear at the hearing** at the place and time referenced in the caption above. Such written opposition must be filed with the Bankruptcy Court, in accordance with its local rules, that is located at the address below:

U.S. Bankruptcy Court
501 I Street,
Sacramento, CA 95814-2322

The opposition must also be served on the undersigned:

Gilbert Maines
1320 Crooked Mile Court
Placerville, CA 95667

A failure to file a timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

**NOTICE IS FURTHER GIVEN** that you or your attorney must take all steps referenced above and appear at the hearing at the time and place noted above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the approval of the

NOTICE OF HEARINGS ON MOTION TO VALUE COLLATERAL
In re Alberto Gonzalez: Case No. 2013-27008

1  Motion, remove the matter from the calendar and resolve it, including granting the requested
2  relief, without oral argument.
3      The Court permits telephone appearances, and in order to appear by phone you must con-
4  tact Court Call at (888) 882-6878, and you should do so not later than forty-eight hours before
5  the hearing.  Court Call charges a fee for telephone appearances.
6      Not all information regarding the Motion or the above-captioned bankruptcy case is set
7  forth in this notice, and interested parties are advised to review the Court's file.  Further infor-
8  mation is available at the Court's website, http://www.caeb.uscourts.gov/.  Copies of the Motion,
9  this notice, the supporting declaration, and other supporting documents may be obtained by con-
10 tacting the undersigned.
11 Dated: Thursday, May 30, 2013

                                    RESPECTFULLY SUBMITTED:
                                    **LAW OFFICE OF GILBERT MAINES**

                                    /s/ Gilbert Maines
                                    GILBERT MAINES, ESQ.
                                    [Proposed] Attorney for Debtor-in-possession