1  GILBERT MAINES, Esq. (SBN #48286)
   LAW OFFICE OF Gilbert Maines
2  1320 Crooked Mile Court
   Placerville, CA 95667
3  Ph.: 530-626-3562
   Fax: 530-626-3562
4  E-mail: gem@maineslaw.com
   [Proposed] Attorney for Debtor-in-possession Alberto Gonzalez
5

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **IN THE EASTERN DISTRICT OF CALIFORNIA**

10                      **SACRAMENTO DIVISION**

11

12 In re: ALBERTO GONZALEZ,        ) CASE NO. 2013-27008
            Debtor in Possession   ) DC NO. GEM-003
13                                 ) Chp. 11
                                   )
14                                 )
                                   )
15                                 ) Date: July 2, 2013
                                   ) Time: 9:32 a.m.
16                                 ) Courtroom: 32
                                   ) Judge: Hon. Thomas Holman

17 **DECLARATION OF DEBTOR IN SUPPORT OF THEIR MOTION TO VALUE PROP-**

18 **ERTY LOCATED AT 81-83 Pearl Street San Francisco, CA 94103**

19 **STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO**

20    **ALBERTO GONZALEZ**, the Debtor herein, declares and states the following:

21    1.    I am the Debtor in this Chapter 11 proceeding, filed on May 23, 2013, If called, I
22 could competently testify to the facts stated on my own personal knowledge.

23    2.    I own the property located at 81-83 Pearl Street San Francisco, CA 94103 with
24 APN # 23-3502-054-01 (the "Property") and I am in equitable possession of the Property.

25    3.    The Property is used as rental property and is not my principal residence. My
26 principal residence is 17091 Old Washington Road, Nevada City, CA 95959.

27    4.    As a homeowner and landlord, I am of necessity actively engaged, at all times, in
28 the management of my home and rental properties in Nevada City, California and San Francisco,

1  California, and this includes keeping informed and up to date on all market conditions that affect
2  my home and rental, including typical actual market property values of properties similar to my
3  own, as well as typical rental market rates.  I spend a great deal of time with the upkeep of all of
4  my properties.

5      5.  Consequent to my substantial presence in and familiarity with the Nevada City
6  and San Francisco, California areas and their rental income real estate markets, I am familiar
7  with the listings and sales in the market area of properties similar to this Property.  As above, I
8  have out of necessity kept up-to-date on the real property market values in the Nevada City and
9  San Francisco, California areas.  The value of the property, which is based upon my own
10 knowledge and opinion of the present San Francisco, California real property market, is $
11 391,000.00.

12     6.  It is my opinion that the fair market value of the Property at the present time, as of
13 the date of this declaration, is $ 391,000.00.  The foreclosure imminent property is worth $
14 391,000.00.

15     7.  There is a first deed of trust on the Property securing a loan to American Home
16 Mortgage Assets Trust 2007-2. At the time of the filing there was a balance owed on the loan in
17 an estimated amount of $ 949,035.00. American Home Mortgage Assets Trust 2007-2 ("Lend-
18 er1") has made representations that it is the owner of the loan.  As of the date of this filing no
19 proof of claim has been filed. I estimated the amounts owed based upon what is reported on my
20 credit report and/or representations of the creditor or their agent.

21     8.  The subject Property is two cottages on one lot, each with 1 bedroom and 1 bath.
22 Each cottage is about 400 square feet in size and both are included in a single lot size of approx-
23 imately 2,000 square feet.  The Property was built in 1906.

24     Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing state-
25 ments are true and correct.
26 Executed on this 29th day of May, 2013

                                        /s/ Alberto Gonzalez
27                                         Alberto Gonzalez, declarant
28