| | |
|---|---|
| 1 | Gilbert E. Maines, Esq. |
| | CBN 48286 |
| 2 | 1320 Crooked Mile Court. |
| | Placerville, CA 95667 |
| 3 | Phone: 530-626-3562 |
| | Fax: 530-626-3562 |
| 4 | E-mail: gem@maineslaw.com |
| 5 | |
| | [Proposed] Attorney for Debtor-in-Possession |
| 6 | Alberto Gonzales |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                          ) Case No.: 2013-27008
                                                )
Alberto Gonzales,                               ) GEM-001
                                                )
         Debtor-in-Possession                   )
                                                )
                                                )
_____ ) Judge: Hon. Thomas C. Holman Courtroom:

**ORDER GRANTING EMPLOYMENT OF GILBERT E. MAINES**

**OF THE LAW OFFICE OF GILBERT E. MAINES AS**

<u>**COUNSEL FOR DEBTOR**</u>

Alberto Gonzales , as debtor-in-possession, filed his Application to Employ the Law Office of **Gilbert E. Maines** ("Application") to represent the debtor, as debtor-in-possession. Based upon the Application, the record, and the verified statement required by Bankruptcy Rule 2014(a), it appears that **Gilbert E. Maines**, Esq. is eligible to be employed.

The application states that debtors request approval of the employment of Attorneys effective of May 23, 2013 (petition date). Attorney for debtors has clarified that he will be employed on a flat fee basis, pursuant to § 328(a) of the Bankruptcy Code; in other words, he is to receive a flat fee for both preparation and post-petition services. In this situation, the effective date of employment should not be an issue. In the event Attorney later seeks compensation on an hourly basis, for whatever rea-

RECEIVED
May 29, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004819870

son, for services rendered prior to the date the employment was approved, he will need to make the showing of exceptional circumstances required by *In re THC Fin. Corp.*, 837 F.2d 389, 392 (9th Cir. 1988). See also *In re B.E.S. Concrete Products, Inc..*, 93 B.R. 228, 231 (Bankr.E.D. Cal. 1988).

**IT IS ORDERED** that the Application is granted and the debtors, as debtors-in-possession, are authorized to retain **Gilbert E. Maines**, Esq. as counsel.

Dated: June 05, 2013

Thomas C. Holman
United States Bankruptcy Judge

ORDER GRANTING APPLICATION TO EMPLOY
In re Alberto Gonzales: Case No. 2013-27008
Page 2 of 2