| | |
|---|---|
| 1 | **RCO LEGAL, P.S.**<br>Jonathan J. Damen, Esq., #251869 |
| 2 | Kristi M. Wells, Esq., #276865<br>Kristin S. Webb, Esq., #258476 |
| 3 | Nancy Ly, Esq., #272035<br>Rosemary Nguyen, Esq., #265322 |
| 4 | Erica T. Loftis, Esq., #259286 |
| 5 | 1241 E. Dyer Road, Suite 250<br>Santa Ana, CA 92705 |
| 6 | 714-382-6416/ Fax: 714.277.4899<br>Email eloftis@rcolegal.com |
| 7 | RCO# 73749 |
| 8 | Attorney for Creditor |
| 9 | Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., As Trustee for American Home Mortgage Assets Trust 2007-2 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br>Alberto Gonzalez<br><br>Debtor. | No. 13-27008-B-11<br><br>Chapter 11<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., As Trustee for American Home Mortgage Assets Trust 2007-2 requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 11 Plan and Schedules and any amended Chapter 11 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Erica Loftis
RCO Legal, P.S.
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
PH 714-382-6416

Dated: June 12, 2013

RCO Legal, P.S.
By: _____
Attorneys for Creditor

1

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Alberto Gonzalez
P O Box 1221
Nevada City, CA 95959

U.S. Trustee
August B. Landis
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Judith C. Hotze
501 I St #7-500
Sacramento, CA 95814
(916) 930-2100

Gilbert E. Maines
1320 Crooked Mile Ct
Placerville, CA 95667

**ELECTRONIC SERVICE:**

US Trustee (SAC)
Robert T Matsui United States Courthouse
Sacramento, CA 95814
ustpregion17.sc.ecf@usdoj.gov

Service was made on June 14, 2013 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: Veronica Ramirez