| | |
|---|---|
| 1 | **RCO LEGAL, P.S.**<br>Jonathan J. Damen, Esq., #251869 |
| 2 | Kristi M. Wells, Esq., #276865<br>Kristin S. Webb, Esq., #258476 |
| 3 | Nancy Ly, Esq., #272035<br>Rosemary Nguyen, Esq., #265322 |
| 4 | Erica T. Loftis, Esq., #259286 |
| 5 | 1241 E. Dyer Road, Suite 250 |
| 6 | Santa Ana, CA 92705<br>714-382-6416/ Fax: 714.277.4899 |
| 7 | Email eloftis@rcolegal.com |
| 8 | File No.: RCO 73755 |
| 9 | Attorneys for Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Assets Trust 2007-2 |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Alberto Gonzalez<br><br>Debtor. | Bk. No. 13-27008-B-11<br>**Chapter 11**<br>DC No.: GEM-002<br><br>PROOF OF SERVICE<br>Hearing:<br>Date: July 2, 2013<br>Time: 9:32 a.m.<br>Place: U.S. Bankruptcy Court<br>Robert T. Matsui United States Courthouse<br>501 I Street, Sacramento, CA 95814<br>Courtroom 32, Department B |

**PROOF OF SERVICE**

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within

PROOF OF SERVICE

1

1  **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN, DECLARATION IN SUPPORT OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN, EXHIBITS IN SUPPORT OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN, and NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or via electronic service as follows:

**SERVICE VIA U.S. MAIL:**
Alberto Gonzalez
P O Box 1221
Nevada City, CA 95959

**ELECTRONIC SERVICE:**
Gilbert E. Maines
1320 Crooked Mile Ct
Placerville, CA 95667

US Trustee (SAC)
Robert T Matsui United States Courthouse /
Sacramento, CA 95814
ustpregion17.sc.ecf@usdoj.gov

U.S. Trustee
August B. Landis
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Judith C. Hotze
501 I St #7-500
Sacramento, CA 95814

Service was made on June 21, 2013 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: *Veronica Marco V. Alonso* (signature)

**PROOF OF SERVICE**

2