**RCO LEGAL, P.S.**
Jonathan J. Damen, Esq., #251869
Kristi M. Wells, Esq., #276865
Kristin S. Webb, Esq., #258476
Nancy Ly, Esq., #272035
Rosemary Nguyen, Esq., #265322
Erica T. Loftis, Esq., #259286

1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-382-6416/ Fax: 714.277.4899
Email eloftis@rcolegal.com

File No.: RCO 7349
Attorneys for Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Assets Trust 2007-2

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Alberto Gonzalez<br><br>Debtor. | Bk. No. 13-27008-B-11<br>**Chapter 11**<br>DC No.: GEM-003<br><br>OBJECTION TO MOTION TO VALUE COLLATERAL<br><br>Hearing:<br>Date: July 2, 2013<br>Time: 9:32 a.m.<br>Place: U.S. Bankruptcy Court<br>Robert T. Matsui United States Courthouse<br>501 I Street, Sacramento, CA 95814<br>Courtroom 32, Department B |

Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for American Home Mortgage Assets Trust 2007-2, its successors in

---
**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

1

interest and assigns ("Creditor") herby opposes Debtor's Motion to Value Collateral. The basis for the Respondent's opposition is as follows:

1. Creditor is the holder of a secured claim against the property commonly known as **81 and 83 Pearl Street, San Francisco, CA 94103** ("Property").

2. Debtor seeks to bifurcate and render unsecured a portion of Creditor's first-position Deed of Trust under 11 U.S.C. 506(a).

3. Debtor alleges the subject property has a market value of $ 391,000.00.

4. Creditor is currently in process of filing a Proof of Claim. Debtor estimates the claim to be $ 949,035.00.

4. Creditor requests the opportunity to obtain its own independent appraisal of the property, inclusive of an interior inspection of the Property.

WHEREFORE, Creditor requests that the Debtor's motion be denied, or continued or set for final hearing and for such other relief as the Court deems just and proper.

Date: June 21, 2013

Respectfully submitted,
RCO LEGAL, P.S.
Attorneys for Movant

By: Erica Loftis, Esq.

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

2