**RCO LEGAL, P.S.**
Jonathan J. Damen, Esq., #251869
Kristi M. Wells, Esq., #276865
Kristin S. Webb, Esq., #258476
Nancy Ly, Esq., #272035
Rosemary Nguyen, Esq., #265322
Erica T. Loftis, Esq., #259286

1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-382-6416/ Fax: 714.277.4899
Email eloftis@rcolegal.com

File No.: RCO 73755
Attorneys for Deutsche Bank National Trust Company, formerly known as Bankers Trust
Company of California, N.A., as Trustee for American Home Mortgage Assets Trust 2007-2

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

In re:

Alberto Gonzalez

                                    Debtor.

**Bk. No.  13-27008-B-11**
**Chapter 11**
**DC No.: GEM-002**

PROOF OF SERVICE
Hearing:
Date: July 2, 2013
Time: 9:32 a.m.
Place: U.S. Bankruptcy Court
Robert T. Matsui United States
Courthouse
501 I Street, Sacramento, CA 95814
Courtroom 32, Department B

## PROOF OF SERVICE

I declare:  I am employed in the County of Orange, State of California.  I am over the age of
eighteen (18) years and not a party to the within action; my business address is 1241 E. Dyer
Road, Suite 250, Santa Ana, California, 92705.  On the date stated below, I served within

**PROOF OF SERVICE**

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN, DECLARATION IN SUPPORT OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN, EXHIBITS IN SUPPORT OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN, and NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or via electronic service as follows:

**SERVICE VIA U.S. MAIL:**
Alberto Gonzalez
P O Box 1221
Nevada City, CA 95959

**ELECTRONIC SERVICE:**
Gilbert E. Maines
1320 Crooked Mile Ct
Placerville, CA 95667

US Trustee (SAC)
Robert T Matsui United States Courthouse /
Sacramento, CA 95814
ustpregion17.sc.ecf@usdoj.gov

U.S. Trustee
August B. Landis
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814

Judith C. Hotze
501 I St #7-500
Sacramento, CA 95814

Service was made on June _21_, 2013 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: _Yerenia Ramirez_

**PROOF OF SERVICE**

2