GILBERT MAINES, Esq. (SBN #48286)
LAW OFFICE OF Gilbert Maines
1320 Crooked Mile Court
Placerville, CA 95667
Ph.: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

Attorney for Debtor-in-possession Alberto Gonzalez

# UNITED STATES BANKRUPTCY COURT

# IN THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re: ALBERTO GONZALEZ,<br><br>　　Debtor in Possession | ) CASE NO. 2013-27008<br>)<br>)<br>) Chapter 11<br>)<br>)<br>)<br>)<br>) Judge: Hon. Thomas Holman |

**CERTIFICATE OF SERVICE**

In re Alberto Gonzalez, Case No. 2013-27008

I, Gilbert Maines, declare:

I am an active member of the State bar of California, I am not a party to this action, and my employment address is:

　　　　Law Office of Gilbert Maines
　　　　1320 Crooked Mile Court
　　　　Placerville, CA 95667

On June 25, 2013, I served:

　　1.　　ORDER TO (1) DISCLOSE SINGLE ASSET REAL ESTATE / SMALL BUSINESS CASE STATUS; (2) FILE STATUS REPORT; AND (3) ATTEND PRELIMINARY STATUS CONFERENCE

　　/ / /

　　/ / /

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

<u>XXX</u> (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

**SEE ATTACHED LIST**

☒ (BY E-Mail Attachment per Agreement) as follows:

 Office of the United States Trustee, Attn: Judy C. Hotze: Judy.C.Hotze@usdoj.gov

 I, Gilbert Maines, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Tuesday, June 25, 2013

              By: /s/Gilbert Maines
              Gilbert Maines Declarant

| | | |
|---|---|---|
| American Home Mortgage Assets LLC<br>1761 E St Andrews Place<br>Att: Trust Administration-AH07A2<br>Santa Ana, CA 92705 | American Home Mortgage Investment Corp<br>1761 E St Andrews Place<br>Att: Trust Administration-AH07A2<br>Santa Ana, CA 92705 | American Home Mortgage Trust 2007-1<br>4600 Regent Blvd<br>Irving, TX 75063 |
| American Home Mortgage Trust 2007-2<br>1761 E St Andrews Place<br>Att: Trust Administration-AH07A2<br>Santa Ana, CA 92705 | Anthem Blue Cross<br>P O Box 9069<br>Oxnard, CA 93031 | Chase<br>P O BOX 15298<br>Att: Kathrine Herriot<br>Wilmington, DE 19850 |
| Chrevon<br>P O Box 965015<br>Orlando, FL 32896 | Deutsche Bank National Trust Company<br>300 South Grand Ave<br>41st Floor<br>Los Angeles, CA 90071 | Discover Financial Services<br>502 E Market Street<br>Greenwood, DE 19950 |
| First City Servicing Corp<br>P O Box 8216<br>Waco, TX 76714-8216 | Franchise Tax Board<br>3321 Power Inn Road # 250<br>Sacramento, CA 95826 | Gary A Bemis 92508<br>4301 Second Wind Way Suite 110<br>P O Box 3410<br>Paso Robles, CA 93447-3410 |
| Greater California Financial Services<br>P O Box 3470<br>Paso Robles, CA 93447 | IRS<br>Internal Revenue Service<br>Fresno, CA 93888 | Ocwen Loan Servicing LLC<br>1661 Worthington Road<br>West Palm Beach, FL 33409-6488 |
| Palo Alto Medical Foundation<br>795 El Camino Real<br>Palo Alto, CA | PG&E<br>P O Box 997340<br>Sacramento, CA 95899-7340 | San Francisco City Property Tax<br>P O Box 7426<br>San Francisco, CA 94102 |
| San Francisco Tax Assessor<br>1 Dr. Carlton B Goodlet Place<br>San Francisco, CA 94102 | San Francisco Water Power Sewer<br>525 Golden Gate Ave<br>San Francisco, CA 94102 | Verizon<br>2 Verizon Place<br>Alpharetta, GA 30004 |
| Wamco 32 LTD LLC<br>1425 River Park Drive Suite 540<br>P O Box 13807<br>Sacramento, CA 95815 | Erica Giacehetti<br>81 Pearl Street<br>San Francisco, CA 94103 | Holly R Landry<br>83 Pearl Street<br>San Francisco, CA 94103 |
| Nathaniel King and Daniel Behean<br>12968 Cement Hill Road<br>Nevada City, CA 95959 | | |