# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Alberto Gonzalez | **Case No :** | 13–27008 – B – 11 |
| | | **Date :** | 8/6/13 |
| | | **Time :** | 09:32 |

**Matter :** [40] – Motion/Application to Dismiss Case [UST–1] Filed by U.S. Trustee August B. Landis (dpas)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
  U.S. Trustee – Judith Hotze
**Respondent(s) :**
  Debtor(s) Attorney – Gilbert E. Maines

## CIVIL MINUTE ORDER

The court made the following ruling without findings *as modified on the record.

IT IS ORDERED that the motion is conditionally denied, the conditions being that on *August 9, 2013, at *10:00 a.m., the debtor and his counsel (Gilbert E. Maines) attend and participate meaningfully in the re-scheduled meeting of creditors, failing with the case will be dismissed without further notice or hearing with a 180-day bar to re-filing.

Dated: August 12, 2013

Thomas C. Holman
United States Bankruptcy Judge