



1   UNITED STATES BANKRUPTCY COURT

2   EASTERN DISTRICT OF CALIFORNIA

3   SACRAMENTO DIVISION

4
    In re:                          )   No. 13-27008-B-11
5                                   )
                                    )   Chapter 11.
6                                   )
    ALBERTO GONZALEZ,               )   D.C. No.
7                                   )
            Debtor(s).              )   Date:  August 13, 2013
8                                   )   Time:  1:30 p.m.
                                    )   Place: Courtroom 32
9                                   )          Sixth Floor
                                    )          U.S. Courthouse
10                                  )          501 I Street
                                    )          Sacramento, CA 95814
11   _____)

12              **ORDER AFTER STATUS CONFERENCE**

13          On the date and at the time set forth above, the court

14   conducted a Preliminary Status Conference in this case.

15   Appearances were noted on the record.  Good cause appearing, it

16   is hereby

17       ORDERED, that the Preliminary Status Conference is

18   concluded.

19       ORDERED, that on or before September 24, 2013, the debtor

20   shall file a proposed plan of reorganization and a disclosure

21   statement in support of the proposed plan.

22       ORDERED, that any party that files a plan and disclosure

23   statement, including without limitation the debtor, shall set the

24   disclosure statement for hearing on the first available chapter

25   11 disclosure statement calendar that allows proper notice of the

26   time for filing objections to approval of the disclosure

27

28                          -1-

1  statement as required under the Federal Rules of Bankruptcy
2  Procedure ("F.R.Bankr.P."), including without limitation
3  F.R.Bankr.P. 2002(b) and 3017, the Eastern District of California
4  Local Rules of Bankruptcy Practice ("LBR") and this order.

5      ORDERED, that the notice of hearing on approval of any
6  disclosure statement shall state that the last date for filing
7  and serving objections to approval of the disclosure statement
8  shall be not less than fourteen (14) calendar days before the
9  hearing on approval of the disclosure statement, and the last
10  date for filing and serving a reply, if any, to an objection to
11  approval of the disclosure statement shall be not less than seven
12  (7) calendar days before the hearing on approval of the
13  disclosure statement.

14      ORDERED, that any party that files a plan and disclosure
15  statement, including without limitation the debtor, shall at the
16  same time provide paper copies of the plan and the disclosure
17  statement to chambers.  The copies shall be mailed or delivered
18  to the court (not filed) in an envelope addressed to the
19  Courtroom Deputy, Ms. Sheryl Arnold.  The envelope shall be
20  conspicuously marked "CHAMBERS COPIES."  The envelope shall
21  include a cover letter addressed to Ms. Arnold that references
22  the filing date of the plan and disclosure statement and states
23  that the copies are submitted pursuant to Judge Holman's order.

24      ORDERED, that if the debtor fails to meet the foregoing
25  deadline or timely files a plan that has no reasonable prospects
26  of confirmation or fails to pursue diligently the approval of the
27

28                                  -2-

proposed disclosure statement and the confirmation of the
proposed plan, the court may set a further status conference on
as little as seven days' notice.  At such further status
conference, the court may dismiss the case, convert the case to
chapter 7, or grant other appropriate relief.

ORDERED, that the debtor or any party in interest may make a
motion seeking modification of this order for good cause.

ORDERED, that unless specifically stated herein this order
neither enlarges nor reduces any time period set forth in the
Bankruptcy Code, the F.R.Bankr.P. or the LBR, including without
limitation the exclusivity periods of 11 U.S.C. § 1121.

ORDERED, that on or before August 20, 2013 the debtor shall
serve a copy of this order on all creditors and parties in
interest.  The debtor shall file a proof of such service not
later than three court days after service.

Dated:  AUG 1 3 2013

Thomas C. Holman
United States Bankruptcy Judge

-3-

**Service List**

This document does not constitute a certificate of service. The Office of the Clerk is directed to serve the parties listed below a separate copy of the attached Order through the BNC.


Alberto Gonzalez
P O Box 1221
Nevada City, CA 95959

Gilbert Maines
1320 Crooked Mile Ct
Placerville, CA 95667