GILBERT MAINES, Esq. (SBN #48286)
LAW OFFICE OF Gilbert Maines
1320 Crooked Mile Court
Placerville, CA 95667
Ph.: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

Attorney for Debtor-in-possession Alberto Gonzalez

# UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

In re: ALBERTO GONZALEZ,

    Debtor in Possession

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 13-27008-B-11
DC NO. GEM-006

Chp. 11

Date: October 8, 2013
Time: 1:31 P.M.
Place: U.S. Bankruptcy Court
Robert T. Matsui United States Courthouse
501 I Street, Sacramento, CA 95814
Courtroom 32, Department B
Judge: Hon. Thomas C. Holman

## REQUEST FOR JUDICIAL NOTICE OF EXHIBITS TO DISCLOSURE

## STATEMENT OF ALBERTO GONZALEZ

## DATED AND FILED SEPTEMBER 23, 2013

    Debtor-in-Possession ALBERTO GONZALEZ ("Debtor") hereby requests the Court to take judicial notice of the following documents, each as an Exhibit to Debtor's Disclosure

Statement of ALBERTO GONZALEZ dated and filed September 23, 2013, and each of which is also attached hereto as described below and incorporated herein by reference:

| EXHIBIT | DOCUMENT | BEGIN PAGE |
|---------|----------|------------|
| 1 | Debtors' Proposed Plan of Reorganization | 3 |
| 2 | Proposed Ballot for Accepting or Rejecting Debtor's Plan | 23 |
| 3 | Debtors' Pro Forma Projections (with 2013 actual data) (2013-2023) | 27 |
| 4 | Jun 2013 through Aug 2013 Monthly Operating Reports (w/o attachmnts) | 39 |

This request for judicial notice is made pursuant to Federal Rule of Evidence 201, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9017.

Dated: September 23, 2013                         Respectfully Submitted,


  /s/ Gilbert Maines
GILBERT MAINES, ESQ.
Attorney for Debtor-in-Possession

1
2
3
4
5
6          **EXHIBIT 1**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  GILBERT MAINES, Esq. (SBN #48286)
   LAW OFFICE OF Gilbert Maines
2  1320 Crooked Mile Court
   Placerville, CA 95667
3  Ph.: 530-626-3562
   Fax: 530-626-3562
4  E-mail: gem@maineslaw.com

5  Attorney for Debtor-in-possession Alberto Gonzalez

6

7

8  ## IN THE UNITED STATES BANKRUPTCY COURT

9  ## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10 ## SACRAMENTO DIVISION

11 In re:                                    )   **Case No. 13-27008-B-11**
                                             )   **DC NO. GEM-006**
12 ALBERTO GONZALEZ,                         )
                                             )   **Chp. 11**
13                                           )
           Debtor-in-possession,            )
14                                           )
                                             )   **Date:**
15                                           )   **Time:**
                                             )   **Place: U.S. Bankruptcy Court**
16                                           )   **Robert T. Matsui United States Courthouse**
                                             )   **501 I Street, Sacramento, CA 95814**
17                                           )   **Courtroom 32, Department B**
                                             )   **Judge: Hon. Thomas C. Holman**
18                                           )
19

20

       ## PLAN OF REORGANIZATION OF ALBERTO GONZALEZ
21

22
       ## DATED AND FILED SEPTEMBER 23, 2013
23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Table of Contents

ARTICLE I – SUMMARY ........................................................................................... 6

ARTICLE II – DEFINITIONS ...................................................................................... 7

ARTICLE IV – TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS. ....................... 14

ARTICLE V – PROVISIONS FOR EXECUTORY CONTRACTS AND ................................ 15

UNEXPIRED LEASES .............................................................................................. 15

ARTICLE VI – MEANS FOR IMPLEMENTATION OF THE PLAN ...................................... 15

ARTICLE VII – GENERAL PROVISIONS .................................................................... 17

ARTICLE VIII – DISCHARGE ................................................................................... 22

1

2                          **ARTICLE I – SUMMARY**

3        1.1      This Plan of Reorganization (the "Plan") under Chapter 11 of the United States

4    Bankruptcy Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") proposes to pay the credi-

5    tors of ALBERTO GONZALEZ, the above-captioned debtor-in-possession (the "Debtor") from

6    the reorganization of rental properties and future income therefrom, as well as from the future

7    income of Debtor.

8        1.2      This Plan divides the creditors whose claims existed prior to the bankruptcy filing

9    date, May 23, 2013, into four (4) separate classes, which consist of three (3) classes (classes 1, 2,

10   and 3) that are a secured claims, with the class 1 claim secured by real property commonly de-

11   scribed as 12968 Cement Hill Road Nevada City, CA 95959, a class (class 2) that is a secured

12   claim, with the class 2 claim secured by real property commonly described as 81-83 Pearl Street

13   San Francisco, CA 94103, a class (class 3) that is a secured claim, with the class 3 claim secured

14   by real property commonly described as 81-83 Pearl Street San Francisco, CA 94103, and a class

15   (class 4) that includes general unsecured claims.  In the opinion of Debtors' counsel, all of these

16   classes (classes 1, 2, 3, and 4) are impaired within the meaning of 11 U.S.C. § 1124.  The follow-

17   ing Plan also provides for the vesting in Debtor of the property of this bankruptcy estate (class

18   5).  The following Plan also provides for the treatment of administrative expense claims and no

19   priority tax claims, although all such claims, pursuant to 11 U.S.C. § 1123(a)(1), are not placed

20   into any class(es).

21       1.3      Debtor was involved in credit card litigation in San Francisco Superior Court

22   (GCFS Inc v. Alberto Gonzalez, case # CGC12520049).  This case was stayed once the above

23   captioned bankruptcy was filed.  Debtor listed GCFS (Greater California Financial Services) on

24   Schedule F as a disputed claim for $ 33,944.00.  GCFS filed Proof of Claim 2-1 for $ 32,721.61

25   in the above captioned bankruptcy case on June 13, 2013.  Debtor is involved in no other litiga-

26   tion.

27       1.4      All creditors should refer to Articles III through V of this Plan for information re-

28   garding the precise treatment of their claims.  A Disclosure Statement that provides more de-

---

tailed information regarding this Plan and the rights of creditors was circulated with this Plan. Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

## ARTICLE II – DEFINITIONS

2.1   "**Allowed Claim**" shall mean a Claim (a) in respect of which a proof of claim has been filed with the court within the applicable period of limitation fixed by Bankruptcy Rule 3001; or (b) scheduled in the List of Creditors or Schedules prepared and filed with the court pursuant to Bankruptcy Rule 1007(b) and not listed as disputed, contingent or un-liquidated as to amount, in either case as to which no objection to the allowance thereof has been interposed within any applicable period of limitation fixed by Rule 3001 or an order of the court, or as to which any such objection has been determined by an order or judgment which is no longer subject to appeal or certiorari proceeding and as to which no appeal or certiorari proceeding is pending.

2.2   "Allowed Interest" shall mean an Interest (a) in respect of which a proof of interest has been filed with the court within the applicable period of limitation fixed by Rule 3001; or (b) scheduled in the list of equity security holders prepared and filed with the court pursuant to Rule 1007(b), in either case as to which no objection to the allowance thereof has been interposed within any applicable period of limitation fixed by Rule 3001 or an order of the court, or as to which any such objection has been determined by an order or judgment which is no longer subject to appeal or certiorari proceeding and as to which no appeal or certiorari proceeding is pending.

2.3   "Allowed Secured Claim" shall mean an Allowed Claim secured by a lien, security interest or other charge against or interest in property in which Debtor has an interest, or which is subject to setoff under Section 553 of the Code to the extent of the value (determined in accordance with Section 506(a) of the Code) of the interest of the holder of such Allowed Claim in the Debtor's interest in such property or to the extent of the amount subject to such setoff, as the case may be.

2.4    "Claim" shall mean any right to payment, or right to an equitable remedy for breach of performance if such breach gives rise to a right to payment against Debtor in existence on or as of the Petition Date, whether or not such right to payment or right to an equitable remedy is reduced to judgment, liquidated, un-liquidated, fixed, contingent, matured, un-matured, disputed, undisputed, legal, beneficial, secured or unsecured.

2.5    "Class" shall mean any class into which Allowed Claims or Allowed Interests are classified pursuant to Article III hereof.

2.6    "Code" shall mean the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. and any amendments thereof.

2.7    "Confirmation Date" shall mean the date upon which the Order of Confirmation is entered by the court.

2.8    "Court" shall mean the United States Bankruptcy Court for the Eastern District of California, in which the Debtor's Chapter 11 case, pursuant to which the Plan is proposed, is pending, and any court having competent jurisdiction to hear appeals or certiorari proceedings therefrom.

2.9    "Creditor" shall mean any person or entity that has a claim against the debtor.

2.10    "Debtor" or "Debtors" shall mean Alberto Gonzalez.

2.11    "Effective Date" shall mean the date upon which the order of Confirmation is no longer subject to appeal or certiorari proceeding, or the date on which no such appeal or certiorari proceeding is then pending, and on which date all of the conditions to the effectiveness of the Plan expressly set forth in the Plan have been fully satisfied or effectively waived.

2.12    "Indebtedness" as applied to the Debtor shall mean:

2.13    all indebtedness or other obligations of the Debtor for borrowed money for the deferred purchase price of property or services.

2.14    all indebtedness of the Debtor, contingent, direct or otherwise, secured (or for which the holder of such indebtedness has an existing right contingent or otherwise to be secured) by any mortgage, pledge, lien, security interest or vender's interest under any conditional sale or other title retention agreement existing on any property or asset owned or held by the

Debtor, whether or not the indebtedness secured thereby shall have been assumed by the Debtor (hereinafter "Secured Indebtedness"); or

2.15    all indebtedness of others, secured or unsecured, directly or indirectly guaranteed, endorsed, or discounted with recourse by the Debtor, or in respect of which the Debtor is other-wise directly or indirectly liable, including without limitation, indebtedness in effect guaranteed by the Debtor through any agreement (contingent or otherwise) to purchase, repurchase or oth-erwise acquire such indebtedness or any security therefore, or to provide funds for the payment or discharge of such indebtedness or of any other liability of the obligor of such indebtedness (whether in the form of loans, advances, stock purchases, capital contributions or otherwise), or to maintain the solvency or any balance sheet or other financial condition of the obligor of such indebtedness, or to make payment for any products, materials or supplies or for any transporta-tion or services regardless of the non-delivery or non-furnishing thereof.

2.16    "Net Income" shall have the same definition as is used on Schedule J of the Offi-cial Bankruptcy Forms, specifically line 20.c.

2.17    "Order of Confirmation" shall mean the order entered by the court confirming the Plan in accordance with the provisions of Chapter 11 of the Code which order is no longer sub-ject to appeal or certiorari proceeding or as to which no appeal or certiorari proceeding is pend-ing.

2.18    "Person" shall mean an individual, corporation, partnership, joint venture, trust, estate, unincorporated organization, or a government or any agency or political subdivision thereof.

2.19    "Petition Date" shall mean May 23, 2013 the date on which Debtor filed their Chapter 11 petition with the court.

2.20    "Plan" shall mean this Chapter 11 Plan.

2.21    "Rules" shall mean the Bankruptcy Rules, as amended and supplemented by the Interim Bankruptcy Rules (and local bankruptcy rules) as adopted by the court.

2.22    "Secured Creditor" shall mean any creditor who holds a claim against the Debtor secured by a lien, security interest or other encumbrance which has been properly attached and

perfected as required by law with respect to property of the estate, or who holds a claim that is subject to setoff under Section 553 of the Code to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff, as the case may be.

2.23    Undefined Terms and Section Numbers.  A term used, but not defined, in this Plan, but defined in the Code has the meaning given to that term in the code, unless the context clearly indicates or requires otherwise.  References in this Plan Including Disclosure Statement Information to a code section are references to the Code, except as otherwise indicated.

ARTICLE III – CLASSIFICATION AND TREATMENT OF CLAIMS

3.1    Class 1 (impaired):

(a)    A Secured Claim held by Creditor American Home Mortgage Trust 2007-2, in the amount of $57,000.00, for a Secured Claim secured by Debtors' real property commonly described as 12968 Cement Hill Road Nevada City, CA 95959 (the "Property1").

(b)    American Home Mortgage Trust 2007-2 shall have an Allowed Secured Claim in the amount of $57,000.00 with the balance of its claim being unsecured and provided for under Class 4.  The Debtor shall pay American Home Mortgage Trust 2007-2 the sum of Fifty Seven Thousand Dollars ($57,000.00), together with interest on the unpaid principal at a fixed rate of Three Percent (3.00%) in 360 equal monthly installments commencing the first day of the first full month following the date of confirmation, and continuing on the first day of each month thereafter until the new maturity date. Interest shall be calculated on a 365 day year.  American Home Mortgage Trust 2007-2 shall place a monthly escrow for taxes and insurance on the Property, for which the Debtor shall remain fully responsible in paying as an additional component of and part of Debtors' monthly payment amount to American Home Mortgage Trust 2007-2.  With exception of the modification of the payment terms, the terms, conditions and covenants of the Promissory Note, Deed of Trust and related security agreement shall not be modified. American Home Mortgage Trust 2007-2 shall retain its lien on 12968 Cement Hill Road Nevada City, CA 95959 until paid in full as provided in the Plan.

(c)    Consequent to and consistent with subsections A Secured Claim held by Creditor

American Home Mortgage Trust 2007-2, in the amount of $57,000.00, for a Secured Claim secured by Debtors' real property commonly described as 12968 Cement Hill Road Nevada City, CA 95959 (the "Property1").

(d)     American Home Mortgage Trust 2007-2 shall have an Allowed Secured Claim in the amount of $57,000.00 with the balance of its claim being unsecured and provided for under Class 4.  The Debtor shall pay American Home Mortgage Trust 2007-2 the sum of Fifty Seven Thousand Dollars ($57,000.00), together with interest on the unpaid principal at a fixed rate of Three Percent (3.00%) in 360 equal monthly installments commencing the first day of the first full month following the date of confirmation, and continuing on the first day of each month thereafter until the new maturity date. Interest shall be calculated on a 365 day year.  American Home Mortgage Trust 2007-2 shall place a monthly escrow for taxes and insurance on the Property, for which the Debtor shall remain fully responsible in paying as an additional component of and part of Debtors' monthly payment amount to American Home Mortgage Trust 2007-2.  With exception of the modification of the payment terms, the terms, conditions and covenants of the Promissory Note, Deed of Trust and related security agreement shall not be modified. American Home Mortgage Trust 2007-2 shall retain its lien on 12968 Cement Hill Road Nevada City, CA 95959 until paid in full as provided in the Plan.

(e)     Consequent to and consistent with subsections 3.1 (a) and (b), Debtor shall pay to Creditor American Home Mortgage Trust 2007-2, as Debtors' provision for its Class 1 claim, over the course of 360 months, $240.31 per month, plus that additional amount each month required to fully fund the escrow account held by American Home Mortgage Trust 2007-2 and used for the purpose of paying taxes and insurance on the Property.

(f)     Consequent to and consistent with subsections 3.1 (a) and (b), Creditor American Home Mortgage Trust 2007-2 shall execute and record all cancellations, revocations, rescissions and/or reconveyances at the appropriate and necessary county recorder office(s) that are required in order to fully reverse, undo, and otherwise cancel the foreclosure actions (if any) it undertook against 12968 Cement Hill Road Nevada City, CA 95959 prior to the Petition Date.

3.2     Class 2 (impaired)

(a)      A Secured Claim held by Creditor American Home Mortgage Trust 2007-2, in the amount of $391,000.00, for a Secured Claim secured by Debtors' real property commonly described as 81-83 Pearl Street San Francisco, CA 94103 (the "**Property2**").

(b)      American Home Mortgage Trust 2007-2 shall have an Allowed Secured Claim in the amount of $391,000.00 with the balance of its claim being unsecured and provided for under Class 4.   The Debtor shall pay American Home Mortgage Trust 2007-2 the sum of Three Hundred Ninety One Thousand Dollars ($391,000.00), together with interest on the unpaid principal at a fixed rate of Three Percent (3.00%) in 360 equal monthly installments commencing the first day of the first full month following the date of confirmation, and continuing on the first day of each month thereafter until the new maturity date. Interest shall be calculated on a 365 day year.  American Home Mortgage Trust 2007-2 shall place a monthly escrow for taxes and insurance on the Property, for which the Debtor shall remain fully responsible in paying as an additional component of and part of Debtors' monthly payment amount to American Home Mortgage Trust 2007-2.  With exception of the modification of the payment terms, the terms, conditions and covenants of the Promissory Note, Deed of Trust and related security agreement shall not be modified. American Home Mortgage Trust 2007-2 shall retain its lien on 81-83 Pearl Street San Francisco, CA 94103 until paid in full as provided in the Plan.

(c)      Consequent to and consistent with subsections 3.2 (a) and (b), Debtor shall pay to Creditor American Home Mortgage Trust 2007-2, as Debtors' provision for its Class 2 claim, over the course of 360 months, $1,648.47 per month, plus that additional amount each month required to fully fund the escrow account held by American Home Mortgage Trust 2007-2 and used for the purpose of paying taxes and insurance on the Property.

(d)      Consequent to and consistent with subsections 3.3 (a) and (b), Creditor American Home Mortgage Trust 2007-2 shall execute and record all cancellations, revocations, rescissions and/or reconveyances at the appropriate and necessary county recorder office(s) that are required in order to fully reverse, undo, and otherwise cancel the foreclosure actions (if any) it undertook against 81-83 Pearl Street San Francisco, CA 94103 prior to the Petition Date.

3.3    Class 3 (impaired)

(a)    A Secured Claim held by the City of San Francisco, in the amount of $3,791.11, for a Secured Claim secured by Debtors' real property, Property2.

(b)    The City of San Francisco shall have an Allowed Secured Claim in the amount of $3,791.11.  The Debtor shall pay the City of San Francisco the sum of Three Thousand Seven Hundred Ninety One Dollars and Eleven cents ($3,791.11), together with interest on the unpaid principal at a fixed rate of Three Percent (4.00%) in 48 equal monthly installments commencing the first day of the first full month following the date of confirmation, and continuing on the first day of each month thereafter until the new maturity date. Interest shall be calculated on a 365 day year.  With exception of the modification of the payment terms, the terms, conditions and covenants any governing documents shall not be modified. The City of San Francisco shall retain its lien on 81-83 Pearl Street San Francisco, CA 94103 until paid in full as provided in the Plan.

(c)    Consequent to and consistent with subsections 3.3 (a) and (b), Debtor shall pay to Creditor the City of San Francisco, as Debtors' provision for its Class 3 claim, over the course of 48 months, $85.60 per month.

3.4    Class 4 (impaired)

(a)    All general unsecured claims, other than Priority Tax Claims [provided for in Section 4.3], of creditors whose unsecured claims arose in any manner prior to the filing of this bankruptcy case, or arose from the rejection of an executory contract or lease prior to the rejection of the same.  These Class 4 claims consists of two claims that were formerly secured by the Property, at time(s) pre-petition, including the stripped and unsecured claim of American Home Mortgage Trust 2007-2 [$ 455,781.00] for Property1, and the stripped and unsecured portion [$ 558,035.00] of the claim of American Home Mortgage Trust 2007-2 for Property2.

(b)    The Class 4 claims shall be paid a five point seven percent (5.7%) dividend at no (0%) interest, in sixty (120) equal installments, with each such installment to be made monthly commencing the first day of the first full month following the date upon which the Debtors Plan of Reorganization is confirmed.

(c)      Consequent to and consistent with subsections 3.4 (a) and (b), Debtor shall pay to all Creditors holding Class 4 claims, as Debtors' provision for their Class 4 claims, over the course of 120 months, a total of $ 497.71 per month.  Debtors' shall subdivide this $ 497.71 total each month, *pro rata*, and pay to each Class 6 claim-holder each month, based upon each claim-holders claim amount, its *pro rata* share.

3.5      Class 5 (not impaired):

(a)      The Class 5 claim shall include Debtors' interest in the property of this bankruptcy estate, all of which property shall entirely vest in Debtor upon confirmation of this Plan.

(b)      The Class 5 claim is unimpaired by this Plan.

## ARTICLE IV – TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS.

### U.S. TRUSTEES FEES AND PRIORITY TAX CLAIMS

4.1      Unclassified Claims. In accordance with 11 U.S.C. § 1123(a)(1), administrative expense claims and priority tax claims are not in classes.

4.2      Administrative Expense Claims. Costs and expenses of administration as defined and allowed 11 U.S.C. §§ 503, 507, for which application for allowance is made or a claim is filed, either prior to or after, the effective date of this plan, as the same are allowed, approved and ordered paid by this court.  Administrative Expense Claims shall be paid in full on the Effective Date of this Plan, or when they are allowed, whichever occurs later, unless the administrative claimants agree otherwise.

4.3      Priority Tax Claims.  Claims entitled to "priority," as such term is defined in 11 U.S.C. § 507(a)(8), as the same are allowed, approved and ordered paid by the court.  Debtor listed two claims for $ 0.00 on schedule E, one to the IRS and one to the Franchise Tax Board. The Internal Revenue Service filed Proof of Claim 1-1 on June 6, 2013 in the amount of $ 500.00. Debtor will pay this claim in full within 60 days from the date on which Debtors plan is confirmed.  Debtor has no other priority tax claims.

4.4     United States Trustee Fees.  A quarterly fee shall be paid by Debtor to the United States Trustee, for deposit into the United States Treasury, for each quarter (including any fraction thereof) until this case is converted, dismissed, or closed by the entry of a final decree pursuant to 28 U.S.C. § 1930(a)(6).  Debtor shall pay in full on the Effective Date of the Plan any amount owed by Debtor to the United States Trustee as of the Effective Date.

## ARTICLE V – PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

5.1     All executory contracts and unexpired leases of the Debtor, under which the Debtor may owe a monetary obligation, which were not previously assumed or rejected under 11 U.S.C. § 365 with approval of this court, are hereby expressly rejected.  To the extent that any present and/or future accounts receivable and present and/or future leases with tenants in which Debtor is lessor may be construed to be governed by 11 U.S.C. § 365, the same are expressly assumed under 11 U.S.C. § 365.  Any claim for damages allegedly suffered or incurred by any person or entity who is a party to such rejected contracts or leases shall file a proof of Claim herein within thirty (30) days after the Effective Date of this Plan, and such Claim shall be treated as provided for in Class 4.  Debtor has three (3) executory contracts.  One executory contract with Nathanial King and Daniel Behean for a rental lease agreement for tenancy in Debtor's real property described as 12968 Cement Hill Road Nevada City 95959 where Debtor is lessor.  These leases are reflected on Debtor's Schedule G.  One executory contract with Erica Giacehetti for a rental lease agreement for tenancy in Debtor's real property described as 81-83 Pearl Street San Francisco, CA 94103 (specifically 81 Pearl Street), where Debtor is lessor.  One executory contract with Holly R. Landry for a rental lease agreement for tenancy in Debtor's real property described as 81-83 Pearl Street San Francisco, CA 94103 (specifically 83 Pearl Street), where Debtor is lessor.  These leases are reflected on Debtor's Schedule G.

## ARTICLE VI – MEANS FOR IMPLEMENTATION OF THE PLAN

6.1    Source of Payments.  The Debtor is an individual and conducts all business as a rental property owner.  Payments and distributions under the Plan will be funded by the Debtor, based upon his projected monthly revenues as derived from the combination of all of his business rental activities, which projected amount at present is actually realized by Debtor, and as supported by Debtors two (2) most recent monthly operating reports, has been for two (2) months very consistently in an amount sufficient to (a) meet Debtors' ongoing necessary business and administrative expenses, (b) meet Debtors' ongoing personal living expenses, and (c) fully fund the Plan as proposed.

6.2    Method of Plan Payments

a.    Debtor shall commence monthly distributions to the Creditors thirty (30) days after the Effective Date of the Plan.

b.    Except as otherwise provided in the Plan, or upon the entry of a final, non-appealable order of the Bankruptcy Court, or as agreed to by the relevant parties, distributions under the Plan on account of a disputed claim that becomes an allowed claim after the effective date of the Plan shall be begin on the regular monthly payment date, as established by the Debtor, which is at least thirty (30) days after such claim becomes an allowed claim.

c.    Notwithstanding anything in the Plan to the contrary, and except as otherwise agreed to by the relevant parties, no partial payments and no partial distributions shall be made with respect to a disputed claim until all such disputes in connection with such disputed claim have been resolved by settlement among the parties or a final order of the Bankruptcy Court. In the event that there are disputed claims requiring adjudication and resolution, the Debtor shall establish appropriate reserves for potential payment of such Claims.

6.3    Disbursing agent.  The disbursing agents who shall be appointed and authorized to make all disbursements and payments required by this Plan is the Debtor, Alberto Gonzalez. The disbursements hereunder shall be made by checks drawn on the accounts of the Debtor and signed by the debtor as disbursing agent, provided, however, that the disbursing agent shall not

be liable for any action or failure to act hereunder in the absence of proof of bad faith or gross negligence.

6.4     Post-confirmation Management.  The Debtor will manage his business operations and property post-petition in the ordinary course.  Debtor will be authorized to enter into, terminate and renew lease agreements as he sees fit.


**ARTICLE VII – GENERAL PROVISIONS**

7.1     Definitions and Rules of Construction.  The definitions and rules of construction set forth in Sections 101 and 102 of the Bankruptcy Code shall apply when terms defined or construed in the Bankruptcy Code are used in this Plan.

7.2     Effective Date of Plan.  The effective date of this Plan is the fifteenth business day following the date of the entry of the confirmation order. But if a stay of the confirmation order is in effect on that date, the effective date will be the first business day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

7.3     Modification of Plan.  Debtor retains the right to request modification of this Plan, at any time prior to its completion, so long as the Plan as so modified is prior to substantial consummation and otherwise complies with 11 U.S.C. § 1127.

7.4     Vesting of Property.   Upon the Effective Date, all property of the estate and interests of the Debtor will vest in the reorganized Debtor pursuant to 11 U.S.C. § 1141(b) free and clear of all claims and interests except as provided in this Plan, subject to Debtor performing the provisions in this Plan.

7.5     Quarterly Fees to U.S. Trustee.  A quarterly fee shall be paid by Debtor to the United States Trustee, for deposit into the United States Treasury, for each quarter (including any fraction thereof) until this case is converted, dismissed, or closed by the entry of a final decree pursuant to 28 U.S.C. § 1930(a)(6).  Debtor shall pay in full on the Effective Date of the Plan any amount owed by Debtor to the United States Trustee as of the Effective Date.

7.6    Postconfirmation Reports and Final Decree.

7.7    Post-confirmation Reports.  At the end of each calendar quarter after confirmation of this Plan, Debtor shall file with the Court a post-confirmation status report, the purpose of which is to explain the progress made toward full administration of the confirmed Plan of Reorganization.  The first report shall be filed for the portion of the calendar quarter from the date of confirmation to the end of the quarter.  Subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion, or entry of a final decree closing the case.  Reports shall be filed with the Court and served upon the United States Trustee no later than twenty (20) days after the expiration of the reported quarter.

7.8    The report shall include a statement of receipts and disbursements, with the ending cash balance, for the entire ninety (90) day period.  The report shall also include information sufficiently comprehensive to enable the Court to determine: (1) whether the order confirming the Plan has become final; (2) whether deposits, if any, required by the Plan have been distributed; (3) whether any property proposed by the Plan to be transferred has been transferred; (4) whether Debtor under the Plan has assumed the business or the management of the property dealt with by the Plan; (5) whether payments under the Plan have commenced; (6) whether accrued fees due to the United States Trustee under 28 U.S.C. § 1930(a)(6) have been paid; and (7) whether all motions, contested matters and adversary proceedings have been finally resolved;

7.9    Service of Reports: A copy of each report shall be served upon the United States Trustee and other persons or entities as have requested service of such reports in writing with the Court and served upon Debtor and their counsel, no later than the day upon which the report is filed with the Court.

7.10    Final Decree: After the estate is fully administered, Debtor shall file an application for final decree, and shall serve the application on the United States Trustee, together with a proposed final decree.  The United States Trustee shall have twenty (20) days within which to object or otherwise comment upon the Court's entry of the final decree.

7.11    The Reorganized Debtor.  The Debtor is an individual and conducts all business as a sole proprietor.  The reorganized Debtor may conduct and operate all his businesses without supervision or approval by the Bankruptcy Court.  Debtor will be authorized to enter into, terminate and renew lease agreements and business engagement contracts as he sees fit.  Such activities will include, but not necessarily be limited to, entering into lease contracts for Debtors real property and/or contracts for improvement of real property, repairing real properties and maintaining a reserve account.

7.12    Release of Liens, Claims and Equity Interests.  After the successful completion of the plan all unsecured liens, claims, mortgages, deeds of trust, or other security instruments against the property of the Debtors' estate shall be fully released and discharged.  The security interests of the Debtors' lien holders (secured claimants), however, shall be unimpaired under the Plan with respect to both the Debtor and his property.

7.13    Objection(s) to Claims.  Debtor shall review all Claims in this case and shall file any objections as are deemed appropriate in writing on or before sixty (60) days after the Effective Date of this Plan.

7.14    Unclaimed Distributions.  Whenever a distribution to a holder of an Allowed Claim remains unclaimed for ninety (90) days from issuance, the holder of the Allowed Claim theretofore entitled to such distribution shall cease to be entitled to such distribution and shall cease to be entitled to any further distribution(s).

7.15    Event of Default.  In the event there is a default in the payment of any claim, or a material default in the performance by Debtor of his obligations under the Plan, and if the Debtor fails to cure the default within twenty (20) calendar days of the receipt of a written notice from such affected Claimant, the holders of such claims shall be free to exercise any and all remedies they may have under state and federal law, without necessity of further order of this Court. Alternatively, in the event there is a default under the terms of the Plan after the Effective Date, in accordance with Section 1112(b) of the Code, holders of claims shall be entitled to move for dismissal of the case.  The provisions of this section shall not be construed to limit the remedies creditors and other parties-in-interest may have under state or federal law.

7.16   Retention of jurisdiction.  The court shall retain jurisdiction until this Plan is fully consummated, specifically including, but not limited to, jurisdiction to determine all objections that may be filed to claims of creditors herein; to fix and award compensation to parties who may be so entitled; to hear and determine all questions concerning the assets or property of the Debtor, including any questions relating to any sums of money, services or property due to the Debtor; and to determine all matters of any nature or type necessary or appropriate to carry out the provisions of this Plan.

7.17   Retention and Enforcement of Claims.  Pursuant to Section 1123(b)(3) of the Code, the Debtor shall retain and hereby expressly reserves the right and discretion to prosecute or enforce any and all Claims, including, but not limited to, causes of action against third parties under applicable state or federal law, held by Debtor, whether such claims arose or accrued before or after the May 23, 2013 filing date.

7.18   Use of Bankruptcy Code Section 1129(b).  The Debtor, as the proponent of this Chapter 11 Plan, hereby request pursuant to Section 1129(b) of the Code, that this Court find that the provisions of this Plan provide fair and equitable treatment to and do not unfairly discriminate against those Claimants and interest holders who are impaired under the Plan and who elect not to accept the Plan, and that this Court confirm the Plan under the so-called "cram-down" provisions of the Plan pursuant to Section 1129(b) of the Code notwithstanding the requirement of Section 1129(a)(8) of the Code as to such Claimants.

7.19   Term of Plan.  This Plan shall continue in effect until all claims are paid in accordance with this Plan or any approved modification thereto.

7.20   Effectuating Documents; Further Transactions.  The Debtor may take all actions to execute, deliver, file or record such contracts, instruments, releases and other agreements or documents and take such actions as may be necessary or appropriate to effectuate and implement the provisions of the Plan.

7.21   Exemption from Certain Transfer Taxes.  Pursuant to section 1146(a) of the Bankruptcy Code, any transfers of property pursuant to the Plan shall not be subject to any stamp tax or other similar tax or governmental assessment in the United States, and the confirmation

order shall direct the appropriate state or local governmental officials or agents to forgo the collection of any such tax or governmental assessment and to accept for filing and recordation instruments or other documents pursuant to such transfers of property without the payment of any such tax or governmental assessment.

7.22    Revocation of Plan.  The Debtor reserves the right to revoke or withdraw the Plan prior to the confirmation hearing and to file subsequent Chapter 11 plans.  If the Debtor revokes or withdraws the Plan, or if confirmation does not occur, then: (1) the Plan shall be null and void in all respects; (2) any settlement or compromise embodied in the Plan, assumption or rejection of Executory Contracts or Unexpired Leases effected by the Plan and any document or agreement executed pursuant hereto shall be deemed null and void except as may be set forth in a separate order entered by the Court; and (3) nothing contained in the Plan shall: (a) constitute a waiver or release of any Claims by or against the Debtor or any other entity; (b) prejudice in any manner the rights of the Debtor or any other entity; or (c) constitute an admission, acknowledgment, offer or undertaking of any sort by the Debtor or any other entity.

7.23    Successors and Assigns.  The rights, benefits and obligations of any entity named or referred to herein shall be binding on, and shall inure to the benefit of, any heir, executor, administrator, successor or assign of such entity.

7.24    Reservation of Rights.  Except as expressly set forth herein, the Plan shall have no force or effect until the Court enters the confirmation order.  Neither the filing of the Plan, any statement or provision contained in the Disclosure Statement, nor the taking of any action by the Debtor or any other entity with respect to the Plan shall be or shall be deemed to be an admission or waiver of any rights of: (1) the Debtor with respect to the holders of claims or other entity; or (2) any holder of a Claim or other entity prior to the effective date of the Plan.

7.25    Further Assurances.  The Debtor or the reorganized Debtor, as applicable, all holders of Claims receiving distributions under the Plan and all other entities shall, from time to time, prepare, execute and deliver any agreements or documents and take any other actions as may be necessary or advisable to effectuate the provisions and intent of the Plan or the confirmation order.

7.26    Severability.  If, prior to confirmation of the Plan, any term or provision of the Plan is held by the Court to be invalid, void or unenforceable, the Court shall have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void or unenforceable, and such term or provision then will be applicable as altered or interpreted, provided that any such alteration or interpretation must be in form and substance reasonably acceptable to the Debtor, and, to the extent such alteration or interpretation affects the rights or treatment of holders of unsecured claims, such claim holder.

7.27    Return of Security Deposits.  Debtor does not have any security deposits held by any person or entity at this time.

7.28    Filing of Additional Documents.  On or before the Effective Date, the Debtor may file with the Court all agreements and other documents that may be necessary or appropriate to effectuate and further evidence the terms and conditions hereof.

7.29    Captions.  The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.


**ARTICLE VIII – DISCHARGE**

8.1    Discharge. Confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments under this Plan, or as otherwise provided in § 1141(d)(5) of the Code.  The Debtor will not be discharged from any debt excepted from discharge under § 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

8.2    Notwithstanding the preceding paragraph, Debtor reserves the right to bring a noticed motion for a discharge, pursuant to Section 1141(d)(5) of the Code, at the earliest time practicable, and at such time Debtor anticipates discharge of any and all Claims against the Debtor that arose prior to Confirmation, other than any debt excepted from discharge under 11 U.S.C. § 523.  The discharge, when entered, shall be effective as to all Claims regardless of whether a proof of Claim was filed, whether the Claim is an Allowed Claim or whether the

1   holder of the Claim votes to accept the Plan.  The automatic stay of Section 362 of the Code shall

2   remain in effect until the case is closed or dismissed, or until the discharge becomes effective.

3       Dated: September 23, 2013                    Respectfully submitted,

4                                                    By: _____/s/ Alberto Gonzalez_____
                                                         Alberto Gonzalez, Debtor-in-possession

5                                                    Approved:

6                                                    By: _____/s/ Gilbert Maines_____

7                                                        Gilbert Maines (SBN 48286),

        Attorney for Debtor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 2

GILBERT MAINES, Esq. (SBN #48286)
LAW OFFICE OF Gilbert Maines
1320 Crooked Mile Court
Placerville, CA 95667
Ph.: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

Attorney for Debtor-in-possession Alberto Gonzalez

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 13-27008-B-11 |
| | DC NO. GEM-006 |
| ALBERTO GONZALEZ, | |
| | Chp. 11 |
| Debtor-in-possession, | |
| | Date: November 5, 2013 |
| | Time: 1:32 P.M. |
| | Place: U.S. Bankruptcy Court |
| | Robert T. Matsui United States Courthouse |
| | 501 I Street, Sacramento, CA 95814 |
| | Courtroom 32, Department B |
| | Judge: Hon. Thomas C. Holman |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## PLAN OF REORGANIZATION DATED AND FILED SEPTEMBER 23, 2013

On September 23, 2013, Debtor Alberto Gonzalez filed his Plan of Reorganization dated and filed September 23, 2013 (the "Plan"). The Plan referred to in this ballot can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of claims in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of Section 1129 of the Bankruptcy Code. To have your vote counted, you must COMPLETE AND RETURN THIS BALLOT TO THE UNDERSIGNED NO LATER

THAN November 1, 2013.  The Court has approved the disclosure statement with respect to the Plan (the "Disclosure Statement").  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you require a copy of the Plan (and/or the Disclosure Statement), contact Gilbert Maines [(530) 626-3562 or gem@maineslaw.com], and a copy will be sent to you promptly.  Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

If you believe you are entitled to vote in more than one class under the terms of the Plan and the Bankruptcy Code, and you did not receive what you believe to be the correct number of ballot forms, please duplicate this ballot form and use a separate form for each class in which you vote.  If you require additional copies of this ballot for voting purposes, please contact the Gilbert Maines [(530) 626-3562 or gem@maineslaw.com], and additional forms will be sent to you promptly.

You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in one or more classes under the Plan.  If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Gilbert Maines, 1320 Crooked Mile Court Placerville, CA 95667 on or before November 1, 2013, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.  If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF PLAN

The undersigned, the holder of a Class [   ] claim against the Debtor in the unpaid amount of $_____Dollars ($_____)

(Check one box only):     ☐ ACCEPTS THE PLAN        ☐REJECTS THE PLAN

Dated: _____

Print or type name of Creditor: _____

Print or type name of person signing this Ballot: _____

Signature: _____

Title (if corporation, limited liability company, or partnership): _____

Address: _____

_____

YOU MUST COMPLETE AND RETURN THIS BALLOT NO LATER THAN November 1, 2013 IN ORDER FOR YOUR VOTE TO BE COUNTED.

If you send your ballot by mail, overnight letter, or personal delivery, use the address:

Gilbert Maines
1320 Crooked Mile Ct
Placerville, CA  95677

If you send your ballot by e-mail, use this e-mail address:

gem@maineslaw.com

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 3

Year 2013 Combined Actual and Projected (1)

| | | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | |
| (2) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (3) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **6,300.00** |
| (4) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **38,150.00** |
| (5) | Independent Foreclosure Review pmt | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **300.00** |
| **Total Revenue:** | | **$6,650.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$44,750.00** |
| | | | | | | | | | |
| **Business Expense - Direct Costs (6)** | | | | | | | | | |
| C1 (9) | Mortgage Loan (12968 Cement Hill Rd) | 0.00 | 0.00 | 0.00 | 240.31 | 240.31 | 240.31 | 240.31 | **961.24** |
| (10) | Property Taxes | 0.00 | 0.00 | 0.00 | 52.25 | 52.25 | 52.25 | 52.25 | **209.00** |
| (10) | Property Insurance | 0.00 | 0.00 | 0.00 | 120.00 | 120.00 | 120.00 | 120.00 | **480.00** |
| (4) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Property maint. / reserve | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 | 100.00 | 100.00 | **400.00** |
| | | | | | | | | | |
| C2 (9) | Mortgage Loan (81-83 Pearl St) | 0.00 | 0.00 | 0.00 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **6,593.88** |
| (10) | Property Taxes | 0.00 | 0.00 | 0.00 | 381.81 | 381.81 | 381.81 | 381.81 | **1,527.24** |
| (10) | Property Insurance | 0.00 | 0.00 | 0.00 | 110.00 | 110.00 | 110.00 | 110.00 | **440.00** |
| (4) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 150.00 | 150.00 | 150.00 | 150.00 | **600.00** |
| (4) | Property maint. / reserve | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 | 100.00 | 100.00 | **400.00** |
| | | | | | | | | | **0.00** |
| **Total Business Expense - Direct Costs** | | **0.00** | **0.00** | **0.00** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$11,611.36** |
| | **GROSS PROFIT:** | **$6,650.00** | **$6,350.00** | **$6,350.00** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$33,138.64** |
| | | | | | | | | | |
| **Personal Expenses (5)** | | | | | | | | | |
| (7) | Household expenses | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **8,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Personal Expenses:** | | **0.00** | **0.00** | **0.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **8,000.00** |
| | **NET INCOME:** | **$6,650.00** | **$6,350.00** | **$6,350.00** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$25,138.64** |
| | | | | | | | | | |
| **Administrative Expenses:** | | | | | | | | | |
| C4 (9) | Plan payment [unsecured] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 497.71 | **497.71** |
| C3 (9) | Plan payment [secured-City of SF] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.60 | **85.60** |
| (8) | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | Case filing / US Trustee Fees | 0.00 | 325.00 | 0.00 | 0.00 | 325.00 | 0.00 | 0.00 | **650.00** |
| (11) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 0.00 | **7,500.00** |
| **Total Administrative Expenses:** | | **0.00** | **325.00** | **0.00** | **0.00** | **325.00** | **7,500.00** | **583.31** | **8,733.31** |
| | **NET SURPLUS/DEFICIT:** | **$6,650.00** | **$6,025.00** | **$6,350.00** | **$1,447.16** | **$1,122.16** | **($6,052.84)** | **$863.85** | **$16,405.33** |

**NOTES:**

1) Figures for June through July are actual; all other August through December are projected.
2) Debtor currently has no w-2 income and no business with which to make draws.
3) Projected rental revenues/upkeep expenses (12968 Cement Hill Rd Nevada City, CA).
4) Projected rental revenues/upkeep expenses (81-83 Pearl St San Francisco, CA).
5) Independent Foreclosure Review settlment payment. There are no further known payments of this type which the debtor expects to receive.
6) 12968 Cement Hill Rd Nevada City, CA mortgage loan payments are projected based upon $57,000 at 3.00% for 30 years.
   81-83 Pearl St San Francisco, CA mortgage loan payments are projected based upon $391,000 at 3.00% for 30 years.
7) Projected costs and expenses are actual in those cases when actual monthly costs are fixed and knowable; projected costs and expenses are otherwise 2-month averages of June 2013 through July 2013 (i.e. food/living expenses).
8) Income tax expense is estimated based upon Debtor's current income, for purposes herein projected to neither increase or decrease, adjusted for projected carry-forward deductions/losses available to Debtor.
9) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.
10) Real property taxes and insurance to be paid, ongoing as projected. Property taxes estimated at 1% of $57,000 (12968 Cement Hill Rd); hazard insurance is estimated at $120.00 per month.
    Property taxes estimated at 1% of $391,000 (81-83 Pearl St); hazard insurance is estimated at $110.00 per month.
11) $7,500.00 is an administrative expense for attorney fees.

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Revenue:** | | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| **Total Business Expense - Direct Costs** | | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| | **GROSS PROFIT:** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| **Personal Expenses (5)** | | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Personal Expenses:** | | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| | **NET INCOME:** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$17,365.92** |
| **Administrative Expenses:** | | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 | Plan payment [secured-City of SF] | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | **1,027.20** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 650.00 | 0.00 | 0.00 | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **1,300.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 7,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **7,500.00** |
| **Total Administrative Expenses:** | | **1,233.31** | **583.31** | **8,083.31** | **1,233.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **15,799.72** |
| | **NET SURPLUS/DEFICIT:** | **$213.85** | **$863.85** | **($6,636.15)** | **$213.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$1,566.20** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.

2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).

3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.

4) US Trustee Fees projections anticipate case closure during approximately at the end of Q2 of 2014.
   US Trustee Fees are projected to cease after the 1st quarter 2014 when the case is closed

5) Professional fees are anticipated payable in March 2014.

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | **Total Revenue:** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| | | | | | | | | | | | | | | |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| | **Total Business Expense - Direct Costs** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **2,752.84** | **$33,034.08** |
| | **GROSS PROFIT:** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$3,597.16** | **$43,165.92** |
| | | | | | | | | | | | | | | |
| **Personal Expenses (5)** | | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | **Total Personal Expenses:** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| | **NET INCOME:** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$1,597.16** | **$19,165.92** |
| | | | | | | | | | | | | | | |
| **Administrative Expenses:** | | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 | Plan payment [secured-City of SF] | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | **1,027.20** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | **Total Administrative Expenses:** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **6,999.72** |
| | **NET SURPLUS/DEFICIT:** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$1,013.85** | **$12,166.20** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.

2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).

3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.

4) US Trustee Fees projections anticipate case closure during approximately at the end of Q2 of 2014.
   US Trustee Fees are projected to cease after the 1st quarter 2014 when the case is closed

5) Professional fees are anticipated to be substantially paid off in 2014.

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Revenue:** | | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| | | | | | | | | | | | | | | |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| **Total Business Expense - Direct Costs** | | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| | **GROSS PROFIT:** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| | | | | | | | | | | | | | | |
| **Personal Expenses (5)** | | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Personal Expenses:** | | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| | **NET INCOME:** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$17,365.92** |
| | | | | | | | | | | | | | | |
| **Administrative Expenses:** | | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 | Plan payment [secured-City of SF] | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | **1,027.20** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Administrative Expenses:** | | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **6,999.72** |
| | **NET SURPLUS/DEFICIT:** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$10,366.20** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.

2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).

3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.

4) US Trustee Fees projections anticipate case closure during approximately at the end of Q2 of 2014.
   US Trustee Fees are projected to cease after the 1st quarter 2014 when the case is closed

5) Professional fees are anticipated to be substantially paid off in 2014.

Case 13-27008    Filed 09/23/13    Doc 69
Year 2014 Projected

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | | | | | | | | | | | | | | |
| **Total Revenue:** | | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| | | | | | | | | | | | | | | |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| **Total Business Expense - Direct Costs** | | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| | | | | | | | | | | | | | | |
| | **GROSS PROFIT:** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| | | | | | | | | | | | | | | |
| **Personal Expenses (5)** | | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Personal Expenses:** | | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| | | | | | | | | | | | | | | |
| | **NET INCOME:** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$17,365.92** |
| | | | | | | | | | | | | | | |
| **Administrative Expenses:** | | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 (6) | Plan payment [secured-City of SF] | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 85.60 | 0.00 | **941.60** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Administrative Expenses:** | | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **583.31** | **497.71** | **6,914.12** |
| | | | | | | | | | | | | | | |
| | **NET SURPLUS/DEFICIT:** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$863.85** | **$949.45** | **$10,451.80** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.
2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).
3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.
4) US Trustee Fees projections anticipate case closure during approximately at the end of Q2 of 2014.
   US Trustee Fees are projected to cease after the 1st quarter 2014 when the case is closed
5) Professional fees are anticipated to be substantially paid off in 2014.
6) Debtor anticipates that Class 3 will be paid off in November 2017.

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Revenue:** | | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| **Total Business Expense - Direct Costs** | | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| **GROSS PROFIT:** | | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| **Personal Expenses (5)** | | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Personal Expenses:** | | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| **NET INCOME:** | | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$17,365.92** |
| **Administrative Expenses:** | | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 (6) | Plan payment [secured-City of SF] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 625.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **625.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Administrative Expenses:** | | **497.71** | **497.71** | **497.71** | **1,122.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **6,597.52** |
| **NET SURPLUS/DEFICIT:** | | **$949.45** | **$949.45** | **$949.45** | **$324.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$10,768.40** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.
2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).
3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.
4) US Trustee Fees projections anticipate case reopening for discharge during approximately Q2 of 2018.
    US Trustee Fees are projected to cease after the 1st quarter 2018 when the case is again closed.
5) Professional fees are anticipated to be substantially paid off in 2014.
6) Debtor anticipates that Class 3 was paid off in November 2017.

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | **Total Revenue:** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| | **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| | **Total Business Expense - Direct Costs** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| | **GROSS PROFIT:** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| | **Personal Expenses (5)** | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | **Total Personal Expenses:** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| | **NET INCOME:** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$17,365.92** |
| | **Administrative Expenses:** | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 (6) | Plan payment [secured-City of SF] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | **Total Administrative Expenses:** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **5,972.52** |
| | **NET SURPLUS/DEFICIT:** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$11,393.40** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.
2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).
3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.
4) US Trustee Fees projections anticipate case discharge during approximately Q2 of 2018.
   US Trustee Fees are projected to cease after the 1st quarter 2018 when the case was again closed.
5) Professional fees are anticipated to be substantially paid off in 2014.
6) Debtor anticipates that Class 3 was paid off in November 2017.

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Revenue:** | | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| | | | | | | | | | | | | | | |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| **Total Business Expense - Direct Costs** | | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| | **GROSS PROFIT:** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| | | | | | | | | | | | | | | |
| **Personal Expenses (5)** | | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Personal Expenses:** | | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| | **NET INCOME:** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$17,365.92** |
| | | | | | | | | | | | | | | |
| **Administrative Expenses:** | | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 (6) | Plan payment [secured-City of SF] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Administrative Expenses:** | | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **5,972.52** |
| | **NET SURPLUS/DEFICIT:** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$11,393.40** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.
2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).
3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.
4) US Trustee Fees projections anticipate case discharge during approximately Q2 of 2018.
   US Trustee Fees are projected to cease after the 1st quarter 2018 when the case was again closed.
5) Professional fees are anticipated to be substantially paid off in 2014.
6) Debtor anticipates that Class 3 was paid off in November 2017.

| | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | **Total Revenue:** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| | **Total Business Expense - Direct Costs** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| | **GROSS PROFIT:** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| **Personal Expenses (5)** | | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | **Total Personal Expenses:** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| | **NET INCOME:** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$17,365.92** |
| **Administrative Expenses:** | | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 (6) | Plan payment [secured-City of SF] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | **Total Administrative Expenses:** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **5,972.52** |
| | **NET SURPLUS/DEFICIT:** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$11,393.40** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.
2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).
3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.
4) US Trustee Fees projections anticipate case discharge during approximately Q2 of 2018.
   US Trustee Fees are projected to cease after the 1st quarter 2018 when the case was again closed.
5) Professional fees are anticipated to be substantially paid off in 2014.
6) Debtor anticipates that Class 3 was paid off in November 2017.

|  |  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | | |
| (1) | Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| (2) | Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| | Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Revenue:** | | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | | |
| C1 (3) | Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| | Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| | Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| (2) | Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| C1 (3) | Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| | Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| | Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| (2) | Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| (2) | Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | | **0.00** |
| **Total Business Expense - Direct Costs** | | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| | **GROSS PROFIT:** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| **Personal Expenses (5)** | | | | | | | | | | | | | | |
| | Household expenses | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | **24,000.00** |
| | Misc. (personal, all other) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Personal Expenses:** | | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **2,000.00** | **24,000.00** |
| | **NET INCOME:** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$1,447.16** | **$17,365.92** |
| **Administrative Expenses:** | | | | | | | | | | | | | | |
| C4 | Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | **5,972.52** |
| C3 (6) | Plan payment [secured-City of SF] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| | Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (4) | Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| (5) | Professional Fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Administrative Expenses:** | | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **5,972.52** |
| | **NET SURPLUS/DEFICIT:** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$949.45** | **$11,393.40** |

**NOTES:**

1) Employment income/Draws, projected forward at June-July 2013 monthly average.
2) Projected property rental revenues/upkeep expenses (12968 Cement Hill Rd, Nevada City, CA and 81-83 Pearl St, San Francisco, CA).
3) These are debt repayment items in the amounts as provided for in Debtors' proposed Plan of Reorganization. C1 is Class 1, C2 is Class 2, C3 is Class 3, and C4 is Class 4.
4) US Trustee Fees projections anticipate case discharge during approximately Q2 of 2018.
   US Trustee Fees are projected to cease after the 1st quarter 2018 when the case was again closed.
5) Professional fees are anticipated to be substantially paid off in 2014.
6) Debtor anticipates that Class 3 was paid off in November 2017.

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | | | | |
| Income / Draws | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Property rental (12968 Cement Hill Rd) | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | **10,800.00** |
| Property rental (81-83 Pearl St) | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | 5,450.00 | **65,400.00** |
| Independent Foreclosure Review pmt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Revenue:** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$6,350.00** | **$76,200.00** |
| | | | | | | | | | | | | | |
| **Business Expense - Direct Costs (5)** | | | | | | | | | | | | | |
| C1 (1) Mortgage Loan (12968 Cement Hill Rd) | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | 240.31 | **2,883.72** |
| Property Taxes | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | 52.25 | **627.00** |
| Property Insurance | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | **1,440.00** |
| Misc. property expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| | | | | | | | | | | | | | |
| C2 (1) Mortgage Loan (81-83 Pearl St)) | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | 1,648.47 | **19,781.64** |
| Property Taxes | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | 381.81 | **4,581.72** |
| Property Insurance | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | **1,320.00** |
| Misc. property expenses | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | **1,800.00** |
| Property maint. / reserve | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | **1,200.00** |
| **Total Business Expense - Direct Costs** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **2,902.84** | **$34,834.08** |
| | | | | | | | | | | | | | |
| **GROSS PROFIT:** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$3,447.16** | **$41,365.92** |
| | | | | | | | | | | | | | |
| **Personal Expenses (5)** | | | | | | | | | | | | | |
| Household expenses | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | 2,594.00 | **31,128.00** |
| Misc. (personal, all other) | 261.50 | 261.50 | 261.50 | 261.50 | 261.50 | 261.50 | 261.50 | 261.50 | 261.50 | 261.50 | 261.50 | 261.50 | **3,138.00** |
| **Total Personal Expenses:** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **2,855.50** | **34,266.00** |
| | | | | | | | | | | | | | |
| **NET INCOME:** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$591.66** | **$7,099.92** |
| | | | | | | | | | | | | | |
| **Administrative Expenses:** | | | | | | | | | | | | | |
| C4 (2) Plan payment [unsecured] | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 497.71 | 0.00 | **5,474.81** |
| C3 Plan payment [secured-City of SF] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Income taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Case filing / US Trustee Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Professional fees/costs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Administrative Expenses:** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **497.71** | **0.00** | **5,474.81** |
| | | | | | | | | | | | | | |
| **NET SURPLUS/DEFICIT:** | **$93.95** | **$93.95** | **$93.95** | **$93.95** | **$93.95** | **$93.95** | **$93.95** | **$93.95** | **$93.95** | **$93.95** | **$93.95** | **$591.66** | **$1,625.11** |

NOTES:
C1 & C2  1)  Monthly payments will continue at the same fixed amount throughout the entire duration of the Plan, and continue beyond the Plan's November 2023 month of completion, to cover a fixed 30-year term counting from the first payment in year 2013
C5  2)  Debtor makes his final plan payment to the general unsecured claimholders in November 2023, at which point the Plan is fully performed and terminates.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re:  Alberto Gonzalez | **Case No.**           2013-27008 |
|  | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    06/30/13          **PETITION DATE:**          05/23/13

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
    the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in      $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a.  Current Assets | $8,159 | | |
| b.  Total Assets | $680,159 | | $515,400 |
| c.  Current Liabilities | $0 | | |
| d.  Total Liabilities | $1,501,860 | | $1,579,557 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a.  Total Receipts | $5,450 | | $5,450 |
| b.  Total Disbursements | $1,000 | | $1,000 |
| c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | $4,450 | $0 | $4,450 |
| d.  Cash Balance Beginning of Month | $3,709 | | $3,709 |
| e.  Cash Balance End of Month (c + d) | $8,159 | $0 | $8,159 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $0 | $0 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8.  Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9.  Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10.  If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11.  Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12.  Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13.  Are a plan and disclosure statement on file? | | X |
| 14.  Was there any post-petition borrowing during this reporting period? | | X |

15.  Check if paid: Post-petition taxes _____;          U.S. Trustee Quarterly Fees _____; Check if filing is current for: Post-petition
     tax reporting and tax returns: _____.
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
     filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:      7/14/2013                              /s/ Alberto Gonzalez
                                                  Responsible Individual

Revised 3/15/99

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended ___06/30/13___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X [500] | $7,943 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | Petty Cash | | $216 |
| 6 | **Total Current Assets** | | $8,159 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | X [20,925] | $50,000 |
| 8 | Real property (rental or commercial) | | $448,000 |
| 9 | Furniture, Fixtures, and Equipment | X [5,000] | $5,000 |
| 10 | Vehicles | X [7,000] | $7,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other:   miscellaneous personal property | X [4,900] | $162,000 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $672,000 |
| 18 | **Total Assets** | | $680,159 |

**Liabilities**

**Post-Petition Liabilities**

| | **Current Liabilities** | |
|---|---|---|
| 19 | Post-petition not delinquent (under 30 days) | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | |
| 21 | Post-petition delinquent taxes | |
| 22 | Accrued professional fees | |
| 23 | Other: | |
| 24 | | |
| 25 | **Total Current Liabilities** | $0 |
| 26 | **Long-Term Post Petition Debt** | |
| 27 | **Total Post-Petition Liabilities** | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | |
| 28 | Secured claims (residence) | |
| 29 | Secured claims (other) | $1,501,418 |
| 30 | Priority unsecured claims | |
| 31 | General unsecured claims | $442 |
| 32 | **Total Pre-Petition Liabilities** | $1,501,860 |
| 33 | **Total Liabilities** | $1,501,860 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 34 | **Total Equity (Deficit)** | ($821,701) |
| 35 | **Total Liabilities and Equity (Deficit)** | $680,159 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

**SCHEDULES TO THE BALANCE SHEET**

**Schedule A**
**Rental Income Information**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 12968 Cement Hill Rd | 81 Pearl Street | 83 Pearl Street |
| 2 | Scheduled Gross Rents | $1,500 | $2,950 | $2,500 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $1,500 | $2,950 | $2,500 |
| 8 | Less: Rents Receivable (2) | $1,500 | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $2,950 | $2,500 |

| | | Property 4 | Property 5 | Property 6 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | | $0 |
| | Less: | | | |
| 3 | Vacancy Factor | | $0 | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

| | | Property 7 | Property 8 | |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

**Schedule B**
**Recapitulation of Funds Held at End of Month**

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | US Bank | US Bank | US Bank |
| 11 | Account No. | ****9151 | ****4147 | ****4154 |
| 12 | Account Purpose | Personal DIP Ckng | Cement Hill Ckng | Old Wash. Ckng |
| 13 | Balance, End of Month | $1,084 | $100 | $1,000 |
| 14 | Bank | US Bank | US Bank | Schwab ONE |
| 15 | Account No. | ****4162 | ****4139 | ****-7361 |
| 16 | Account Purpose | 83 Pearl Ckng | 81 Pearl Ckng | Investment Acct |
| 17 | Balance, End of Month | $3,000 | $2,550 | $210 |
| 18 | Bank | First Republic Bank / Account Closed | | |
| 19 | Account No. | ****-3808 | | |
| 20 | Account Purpose | Checking Account | | |
| 21 | Balance, End of Month | $0 | | |
| 14 | Total Funds on Hand for all Accounts | 7,943 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    06/30/13

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $5,450 | $5,450 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Income / Draws | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $5,450 | $5,450 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt (automobile) | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household Expenses | $1,000 | $1,000 |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $1,000 | $1,000 |
| 38 | **Net Increase (Decrease) in Cash** | $4,450 | $4,450 |
| 39 | **Cash Balance, Beginning of Period** | $3,709 | $3,709 |
| 40 | **Cash Balance, End of Period** | $8,159 | $8,159 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  Alberto Gonzalez | **Case No.**  ___2013-27008___ |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  ___07/31/13___        **PETITION DATE:**  ___05/23/13___

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   __$1__

| | | End of Current<br>Month | End of Prior<br>Month | As of Petition<br>Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a.  Current Assets | $14,177 | $8,159 | |
| | b.  Total Assets | $686,177 | $680,159 | $515,400 |
| | c.  Current Liabilities | $0 | $0 | |
| | d.  Total Liabilities | $1,535,344 | $1,501,860 | $1,579,557 |

| | | Current Month | Prior Month | Cumulative<br>(Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a.  Total Receipts | $6,650 | $5,450 | $12,100 |
| | b.  Total Disbursements | $632 | $1,000 | $1,632 |
| | c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | $6,018 | $4,450 | $10,468 |
| | d.  Cash Balance Beginning of Month | $8,159 | $3,709 | $11,869 |
| | e.  Cash Balance End of Month (c + d) | $14,177 | $8,159 | $22,337 |

| | | Current Month | Prior Month | Cumulative<br>(Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $0 | $0 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15.  Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

| | |
|---|---|
| Date:  ___8/14/2013___ | ___/s/ Alberto Gonzalez___ |
| | Responsible Individual |

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended    07/31/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X [500] | $13,641 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | Petty Cash | | $536 |
| 6 | **Total Current Assets** | | $14,177 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | X [20,925] | $50,000 |
| 8 | Real property (rental or commercial) | | $448,000 |
| 9 | Furniture, Fixtures, and Equipment | X [5,000] | $5,000 |
| 10 | Vehicles | X [7,000] | $7,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other:   miscellaneous personal property | X [4,900] | $162,000 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $672,000 |
| 18 | **Total Assets** | | $686,177 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $1,500,858 |
| 30 | Priority unsecured claims | | $500 |
| 31 | General unsecured claims | | $33,986 |
| 32 | **Total Pre-Petition Liabilities** | | $1,535,344 |
| 33 | **Total Liabilities** | | $1,535,344 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($849,167) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $686,177 |

NOTE:
   Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

**SCHEDULES TO THE BALANCE SHEET**

**Schedule A**
**Rental Income Information**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | __Property 1__ | __Property 2__ | __Property 3__ |
|---|---|---|---|---|
| 1 | Description of Property | 12968 Cement Hill Rd | 81 Pearl Street | 83 Pearl Street |
| 2 | Scheduled Gross Rents | $900 | $2,950 | $2,500 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $900 | $2,950 | $2,500 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $900 | $2,950 | $2,500 |

| | | __Property 4__ | __Property 5__ | __Property 6__ |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | | $0 |
| | Less: | | | |
| 3 | Vacancy Factor | | $0 | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

| | | __Property 7__ | __Property 8__ | |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

**Schedule B**
**Recapitulation of Funds Held at End of Month**

| | | __Account 1__ | __Account 2__ | __Account 3__ |
|---|---|---|---|---|
| 10 | Bank | US Bank | US Bank | US Bank |
| 11 | Account No. | ****9151 | ****4147 | ****4154 |
| 12 | Account Purpose | Personal DIP Ckng | Cement Hill Ckng | Old Wash. Ckng |
| 13 | Balance, End of Month | $432 | $1,000 | $1,000 |

| | | __Account 1__ | __Account 2__ | __Account 3__ |
|---|---|---|---|---|
| 14 | Bank | US Bank | US Bank | Schwab ONE |
| 15 | Account No. | ****4162 | ****4139 | ****-7361 |
| 16 | Account Purpose | 83 Pearl Ckng | 81 Pearl Ckng | Investment Acct |
| 17 | Balance, End of Month | $5,500 | $5,500 | $210 |

| | | __Account 1__ | __Account 2__ | __Account 3__ |
|---|---|---|---|---|
| 18 | Bank | First Republic Bank Account Closed | | |
| 19 | Account No. | ****-3808 | | |
| 20 | Account Purpose | Checking Account | | |
| 21 | Balance, End of Month | $0 | | |

| | | | |
|---|---|---|---|
| 14 | Total Funds on Hand for all Accounts | 13,641 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 3/15/99

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended    07/31/13**

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $6,350 | $11,800 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Income / Draws | | |
| 8 | Independent Foreclosure Review Settlement | $300 | $300 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,650 | $12,100 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt (automobile) | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Household Expenses | $632 | $1,632 |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $632 | $1,632 |
| 38 | **Net Increase (Decrease) in Cash** | $6,018 | $10,468 |
| 39 | **Cash Balance, Beginning of Period** | $8,159 | $11,869 |
| 40 | **Cash Balance, End of Period** | $14,177 | $22,337 |

Revised 3/15/99

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re:  Alberto Gonzalez | **Case No.**　　　2013-27008 |
|  | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**　08/31/13　　　　　　**PETITION DATE:**　05/23/13

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
   the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in　$1

| 2. | **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|---|
|  | a. Current Assets | $19,606 | $14,177 |  |
|  | b. Total Assets | $691,606 | $686,177 | $515,400 |
|  | c. Current Liabilities | $0 | $0 |  |
|  | d. Total Liabilities | $1,535,344 | $1,535,344 | $1,579,557 |

| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
|  | a. Total Receipts | $6,350 | $6,650 | $18,450 |
|  | b. Total Disbursements | $921 | $632 | $2,554 |
|  | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $5,429 | $6,018 | $15,897 |
|  | d. Cash Balance Beginning of Month | $14,177 | $8,159 | $26,046 |
|  | e. Cash Balance End of Month (c + d) | $19,606 | $14,177 | $41,943 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $0 | $0 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

At the end of this reporting month:

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ＿＿＿ ;　　　U.S. Trustee Quarterly Fees ＿＿＿ ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ＿＿＿ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
    filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:　9/14/2013　　　　　　　　　　　　　/s/ Alberto Gonzalez
　　　　　　　　　　　　　　　　　　　　Responsible Individual

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended    08/31/13

|  | Assets | Check if<br>Exemption<br>Claimed on<br>Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X [500] | $19,070 |
| 2 | Accounts receivable (net) |  |  |
| 3 | Retainer(s) paid to professionals |  |  |
| 4 | Other: |  |  |
| 5 | Petty Cash |  | $536 |
| 6 | **Total Current Assets** |  | $19,606 |
|  | **Long Term Assets (Market Value)** |  |  |
| 7 | Real Property (residential) | X [20,925] | $50,000 |
| 8 | Real property (rental or commercial) |  | $448,000 |
| 9 | Furniture, Fixtures, and Equipment | X [5,000] | $5,000 |
| 10 | Vehicles | X [7,000] | $7,000 |
| 11 | Partnership interests |  |  |
| 12 | Interest in corportations |  |  |
| 13 | Stocks and bonds |  |  |
| 14 | Interests in IRA, Keogh, other retirement plans |  |  |
| 15 | Other:   miscellaneous personal property | X [4,900] | $162,000 |
| 16 |  |  |  |
| 17 | **Total Long Term Assets** |  | $672,000 |
| 18 | **Total Assets** |  | $691,606 |
|  | **Liabilities** |  |  |
|  | **Post-Petition Liabilities** |  |  |
|  | **Current Liabilities** |  |  |
| 19 | Post-petition not delinquent (under 30 days) |  |  |
| 20 | Post-petition delinquent other than taxes (over 30 days) |  |  |
| 21 | Post-petition delinquent taxes |  |  |
| 22 | Accrued professional fees |  |  |
| 23 | Other: |  |  |
| 24 |  |  |  |
| 25 | **Total Current Liabilities** |  | $0 |
| 26 | **Long-Term Post Petition Debt** |  |  |
| 27 | **Total Post-Petition Liabilities** |  | $0 |
|  | **Pre-Petition Liabilities (allowed amount)** |  |  |
| 28 | Secured claims (residence) |  |  |
| 29 | Secured claims (other) |  | $1,500,858 |
| 30 | Priority unsecured claims |  | $500 |
| 31 | General unsecured claims |  | $33,986 |
| 32 | **Total Pre-Petition Liabilities** |  | $1,535,344 |
| 33 | **Total Liabilities** |  | $1,535,344 |
|  | **Equity (Deficit)** |  |  |
| 34 | **Total Equity (Deficit)** |  | ($843,738) |
| 35 | **Total Liabilities and Equity (Deficit)** |  | $691,606 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

**SCHEDULES TO THE BALANCE SHEET**

**Schedule A**
**Rental Income Information**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | 12968 Cement Hill Rd | 81 Pearl Street | 83 Pearl Street |
| 2 | Scheduled Gross Rents | $900 | $2,950 | $2,500 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $900 | $2,950 | $2,500 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $900 | $2,950 | $2,500 |

| | | **Property 4** | **Property 5** | **Property 6** |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | | $0 |
| | Less: | | | |
| 3 | Vacancy Factor | | $0 | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

| | | **Property 7** | **Property 8** | |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | |
| 7 | Scheduled Net Rents | $0 | $0 | |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | |

**Schedule B**
**Recapitulation of Funds Held at End of Month**

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | US Bank | US Bank | US Bank |
| 11 | Account No. | ****9151 | ****4147 | ****4154 |
| 12 | Account Purpose | Personal DIP Ckng | Cement Hill Ckng | Old Wash. Ckng |
| 13 | Balance, End of Month | $660 | $1,800 | $50 |

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 14 | Bank | US Bank | US Bank | Schwab ONE |
| 15 | Account No. | ****4162 | ****4139 | ****-7361 |
| 16 | Account Purpose | 83 Pearl Ckng | 81 Pearl Ckng | Investment Acct |
| 17 | Balance, End of Month | $7,500 | $8,850 | $210 |

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 18 | Bank | First Republic Bank Account Closed | | |
| 19 | Account No. | ****-3808 | | |
| 20 | Account Purpose | Checking Account | | |
| 21 | Balance, End of Month | $0 | | |

| | | | |
|---|---|---|---|
| 14 | Total Funds on Hand for all Accounts | 19,070 | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended _____08/31/13_____

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** |  |  |  |
| 1 | Rent/Leases Collected | $6,350 | $18,150 |
| 2 | Cash Received from Sales |  |  |
| 3 | Interest Received |  | $0 |
| 4 | Borrowings |  |  |
| 5 | Funds from Shareholders, Partners, or Other Insiders |  |  |
| 6 | Capital Contributions |  |  |
| 7 | Income / Draws |  |  |
| 8 | Independent Foreclosure Review Settlement |  | $300 |
| 9 |  |  |  |
| 10 |  |  |  |
| 11 |  |  |  |
| 12 | **Total Cash Receipts** | $6,350 | $18,450 |
| **Cash Disbursements** |  |  |  |
| 13 | Selling |  |  |
| 14 | Administrative |  |  |
| 15 | Capital Expenditures |  |  |
| 16 | Principal Payments on Debt (automobile) |  |  |
| 17 | Interest Paid |  |  |
|  | Rent/Lease: |  |  |
| 18 | Personal Property |  |  |
| 19 | Real Property |  |  |
|  | Amount Paid to Owner(s)/Officer(s) |  |  |
| 20 | Salaries |  |  |
| 21 | Draws |  |  |
| 22 | Commissions/Royalties |  |  |
| 23 | Expense Reimbursements |  |  |
| 24 | Other |  |  |
| 25 | Salaries/Commissions (less employee withholding) |  |  |
| 26 | Management Fees |  |  |
|  | Taxes: |  |  |
| 27 | Employee Withholding |  |  |
| 28 | Employer Payroll Taxes |  |  |
| 29 | Real Property Taxes |  |  |
| 30 | Other Taxes |  |  |
| 31 | Other Cash Outflows: |  |  |
| 32 | Household Expenses | $921 | $2,554 |
| 33 |  |  |  |
| 34 |  |  |  |
| 35 |  |  |  |
| 36 |  |  |  |
| 37 | **Total Cash Disbursements:** | $921 | $2,554 |
| 38 | **Net Increase (Decrease) in Cash** | $5,429 | $15,897 |
| 39 | **Cash Balance, Beginning of Period** | $14,177 | $26,046 |
| 40 | **Cash Balance, End of Period** | $19,606 | $41,943 |

Revised 3/15/99