GILBERT MAINES, Esq. (SBN #48286)
LAW OFFICE OF Gilbert Maines
1320 Crooked Mile Court
Placerville, CA 95667
Ph.: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

[Proposed] Attorney for Debtor-in-possession Alberto Gonzalez

## UNITED STATES BANKRUPTCY COURT
## IN THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: ALBERTO GONZALEZ, | ) CASE NO. 2013-27008 |
| | ) DC NO. GEM-003 |
| Debtor in Possession | ) |
| | ) Chp. 11 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

Case Name and Number:

    In re Alberto Gonzalez, Case No. 2013-27008

I, Gilbert Maines, declare:

    I am an active member of the State bar of California, I am not a party to this action, and my employment address is:

        Law Office of Gilbert Maines
        1320 Crooked Mile Court
        Placerville, CA 95667

On September 26, 2013, I served:

**1. Application to Strike Opposition and Order Granting Debtor's Motion to Value Property located at 81-83 Pearl Street San Francisco, CA 94103**

2. **Application to Strike Opposition and Order Granting Debtor's Motion to Value Property located at12968 Cement Hill Rd Nevada City, CA 95959**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

| American Home Mortgage Trust 2007<br>21761 E St Andrews Place<br>Att: Trust Administration AH07A2<br>Santa Ana, CA 92705 | Ocwen Loan Servicing LLC<br>1661 Worthington Road<br>West Palm Beach, FL 33409-6488 |
|---|---|
| Deutsche Bank National Trust Company<br>300 South Grand Ave<br>41st Floor<br>Los Angeles, CA 90071 | American Home Mortgage Assets LLC<br>1761 E St Andrews Place<br>Att: Trust Administration-AH07A2<br>Santa Ana, CA 92705 |

☒ (BY E-Mail Attachment per Agreement) as follows:

Office of the United States Trustee, Attn: Judy C. Hotze: Judy.C.Hotze@usdoj.gov

Erica Loftis, RCO Legal Attorney for Creditors: eloftis@rcolegal.com

I, Gilbert Maines, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 26, 2013

By:    _/s/ Gilbert Maines_____
Gilbert Maines Declarant