GILBERT MAINES, Esq. (SBN #48286)
LAW OFFICE OF Gilbert Maines
1320 Crooked Mile Court
Placerville, CA 95667
Ph.: 530-626-3562
Fax: 530-626-3562
E-mail: gem@maineslaw.com

Attorney for Debtor-in-possession Alberto Gonzalez

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br>ALBERTO GONZALEZ,<br>    Debtor-in-possession, | Case No. 13-27008-B-11<br>DC NO. GEM-007<br>Chp. 11<br>APPLICATION<br>Judge: Hon. Thomas C. Holman |

APPLICATION OF ALBERTO GONZALEZ FOR AN ORDER STRIKING CREDITORS OBJECTION TO MOTION TO VALUE

    Comes now the Debtor in possession by and through his attorney of record and requests the Court, pursuant to the order of this Court entered August 19, 2013, as Docket No. 63 strike the opposition of creditor to debtor's Motion to value real property located at 81-83 Pearl Street, San Francisco, CA 94103; grant debtor's motion and issue an order determining value as set forth in said Debtor's motion.

    This application is supported by the declaration of Gilbert E Maines, attorney for debtor-in-possession filed here with.

    Dated this 1st day of October, 2013

                                               By: Gilbert E. Maines
                                               Gilbert E Maines, Esq.
                                               Attorney for Debtor-in-Possession

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28