Gilbert E. Maines, Esq.
CBN 48286
1320 Crooked Mile Court
Placerville, CA 95667
Tel: 530-626-3562
Fax: 530-626-3562
E-Mail: Gilbert E. Maines@maineslaw.com

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: , <br><br>       Alberto Gonzalez <br><br>       Debtor in Possession, | Case No.: 13-27008-B-11 <br><br> DC No. GEM-007 <br><br> Declaration of Gilbert E Maines in Support of Application for Order Striking Creditors Opposition to Debtors Motion to Value Re: 81-83 Pearl Street, San Francisco, CA 94103 <br> Judge: Hon. Thomas C. Holman <br> Courtroom: 32, 6th Floor |

On behalf of Alberto Gonzalez, the debtor-in-possession in the above captioned Chapter 11 case (the "Debtor"), Gilbert E. Maines hereby provides his declaration in Support of Application for Order Striking Creditors Opposition to Debtors Motion to Value Re: real property located at 81-83 Pearl Street, San Francisco, CA 94103. I am the attorney for the debtor-in possession in the above entitled Chapter 11 proceeding.

On August 16, 2013, this court issued its order continuing the evidentiary hearing on debtors motion to value real property located at 81-83 Pearl Street, San Francisco, CA 94103.

The court order, provided in part, that all trial binders were to be lodged with the court no later than September 16, 2013, in the same manner and form as previously ordered.

Debtor herein lodged its trial binders with the court on August 19, 2013, and, pursuant to the prior court order sent copies of the trial binder to creditors counsel by overnight mail.

1  The order further provided that in the event creditors were unable to meet the deadline
2  their opposition to debtors motion to value would be struck.

3  Creditors did not lodge trial binders by the deadline of September 16, 2013, and to date
4  trial binders have not been provided to counsel for the debtor as provided in previous court
5  orders.

6  On September 26, 2013, I received correspondence by e-mail from counsel for the
7  creditor who informed me that the creditor would not permit her to voluntarily withdraw
8  opposition to the motion to value, as had been previously stipulated and ordered by this court. I
9  was informed that trial binders were being sent . And I would be informed when they were "in
10  the mail."  As of the date of this declaration I have received no further information concerning
11  trial binders and have not received trial binders from counsel for the creditor.

12  I declare under penalty of perjury pursuant to the laws of the United States of America
13  that the foregoing is true and correct of my own knowledge, and if called as a witness, I could
14  competently testify thereto.

15  Submitted this 1st day of October, 2013..

/s/Gilbert E Maines
Gilbert E Maines,
Attorney for Debtor-In-Possession